| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BRIEN COMEY JR. | **ORDER** |

This matter comes before the Court on Defendant's motion to cancel second initial appearance. The Government consents to the motion. For good cause shown, the motion is GRANTED, and it is hereby ORDERED that the initial appearance set in this matter for 11 May 2026 is cancelled and shall be terminated from the docket.

SO ORDERED.

This the _____ day of May, 2026.

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE