# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

### EASTERN DIVISION

### NO. 4:26-CR-16-FL-RN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) **NOTICE OF SPECIAL APPEARANCE** |
| | ) |
| JAMES BRIEN COMEY, JR. | ) |
| | ) |

Please take notice that the undersigned Patrick J. Fitzgerald hereby enters a notice of special appearance as attorney for James Brien Comey, Jr. in the above-captioned matter, in association with Local Criminal Rule 57.1(d) attorney, Joseph E. Zeszotarski, Jr.

I certify that I will submit any document to Local Criminal Rule 57.1(d) attorney for review prior to filing with the court.

/s/ Patrick J. Fitzgerald

Patrick J. Fitzgerald

Law Office of Patrick J. Fitzgerald

P.O. Box 277

New Buffalo, MI 49117

(312) 758-4454

patrickjfitzgeraldlawoffice@gmail.com

Attorney for James Brien Comey, Jr.

/s/ Joseph E. Zeszotarski, Jr.

Joseph E. Zeszotarski, Jr.

Gammon & Zeszotarski PLLC

P.O. Box 1127

Raleigh, NC 27602

(919) 521-5878

jzeszotarski@ghz-law.com

N.C. State Bar No. 21310

Local Criminal Rule 57.1(d) Attorney
for James Brien Comey, Jr.