UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:26-CR-16-1-FL

UNITED STATES OF AMERICA

v.                                        **ORDER**

JAMES BRIEN COMEY JR.

This matter comes before the Court on Defendant's motion to extend time to file pretrial motions and to continue arraignment. For good cause shown, the Motion is GRANTED, and it is ORDERED that the following deadlines are set in this case:

| | |
|---|---|
| Pretrial motions deadline: | 28 July 2026 |
| Deadline for responses: | 18 August 2026 |
| Deadline for replies: | 1 September 2026 |
| Arraignment: | October 2026 term of court |
| Trial: | Date to be set at time of arraignment |

The court finds that the period of delay occasioned by this continuance is excluded from the Speedy Trial Act calculations, because the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial under 18 USC § 3161(h)(7)(A) by permitting Defendant and his counsel sufficient opportunity to prepare his defense.

SO ORDERED.

This the _____ day of May, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge