UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:26-CR-00016-FL-RN-1

UNITED STATES OF AMERICA )
)
)
v. ) NOTICE OF SUBSTITUTION
)
JAMES BRIEN COMEY, JR. )
)

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and hereby requests that the undersigned attorney be substituted as counsel for the Government and that Matthew Petracca be removed from the court's docket as counsel for the Government.

Respectfully submitted, this the 29th day of May 2026.

W. ELLIS BOYLE
United States Attorney

BY:   /s/ *Timothy Severo*
Timothy Severo
Assistant United States Attorney
300 N. 3rd Street, Suite 120
Wilmington, NC 28401
Telephone No. 919-614-2190
Email: tim.severo@usdoj.gov
Bar No. 19621

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this the 29th day of May 2026, served a copy of the foregoing Government's Notice of Substitution upon the defendant by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to counsel of record.

**Patrick J. Fitzgerald**
Patrick J. Fitzgerald Law Office
P.O. Box 277
49117
New Buffalo, MI 49117
312-758-4454
Email:
patrickjfitzgeraldlawoffice@gmail.com

**Joseph E. Zeszotarski , Jr.**
Local Counsel
Gammon & Zeszotarski, PLLC
P.O. Box 1127
Raleigh, NC 27602
919-521-5878
Email: jzeszotarski@ghz-law.com

/s/ *Timothy Severo*
Timothy Severo
Assistant United States Attorney
300 N. 3rd Street, Suite 120
Wilmington, NC 28401
Telephone No. 919-614-2190
Email: tim.severo@usdoj.gov
Bar No. 19621