IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:26-CR-16-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JAMES BRIEN COMEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court of its own initiative to address representations made to the case manager by members of the public, expressing intent to file briefs as amici curiae in this case.

No Federal Rule of Criminal Procedure or Local Criminal Rule provides for the filing of amicus briefs before this court. It is a matter of this court's discretion whether to allow.

Defendant and the government are ably represented by competent counsel.

Acting within its discretion, the court provides this notice that no amicus brief will be considered. Accordingly, any future motion requesting permission to file summarily will be denied.

SO ORDERED, this the 12th day of June, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge