IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:26-CR-16-FL-RN

UNITED STATES OF AMERICA,    )
)
)
)
**v.**    )    **<u>NOTICE OF SPECIAL APPEARANCE</u>**
)
JAMES BRIEN COMEY, JR.    )
)
)

Please take notice that the undersigned Alexander James Kasner hereby enters a notice of

special appearance as attorney for James Brien Comey, Jr. in the above-captioned matter, in

association with Local Criminal Rule 57.1(d) attorney, Joseph E. Zeszotarski, Jr..

I certify that I will submit any document to Local Criminal Rule 57.1(d) attorney for review

prior to filing the document with the court.

*/s/ Alexander James Kasner*

Alexander James Kasner
Cooley LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC  20004
202-776-2266
akasner@cooley.com
California Bar. No. 310637
Attorney for James Brien Comey, Jr.


/s/ *Joseph E. Zeszotarski, Jr.*

Joseph E. Zeszotarski, Jr.
Gammon & Zeszotarski PLLC
P.O. Box 1127
Raleigh, NC 27602

(919) 521-5878
jzeszotarski@ghz-law.com
N.C. Bar. No. 21310
Local Criminal Rule 57.1(d) Attorney for James
Brien Comey, Jr.

2