UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:26-CR-00016-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **PROTECTIVE ORDER** |
| | ) | |
| JAMES BRIEN COMEY JR. | ) | |

To expedite the flow of discovery material between the parties, facilitate the prompt resolution of disputes over confidentiality, adequately protect information entitled to be kept confidential, to protect prospective third-party witnesses, it is, pursuant to the Court's authority under Federal Rule of Criminal Procedure 16(d), ORDERED:

1. The defendant[1] shall not provide copies of any discovery material to any individual or entity except as provided in this Order, unless agreed upon by the parties or as further ordered by the Court or unless the materials were materials the defendant had prior to discovery or were already in the public domain. The defendant shall advise any individual or entity to whom the defendant discloses any discovery material of the existence of this Order.

2. Discovery material provided by the United States may be utilized by the defendant solely in connection with the litigation of this matter, including, among other things, preparation for trial, witness interviews, court filings, motion practice, sentencing (if any), appellate review (if any), and collateral attack (if any) of this case. No additional copies of the discovery material shall be made except as necessary for

---

[1] The term "defendant" includes defendant James Brien Comey, Jr., his attorneys, and persons engaged to prepare and assist in his defense of this matter.

those purposes. Any copies shall be treated in the same manner as the original material.

3. The parties shall comply with all statutes, regulations, and rules pertaining to the disclosure of personal identity information, including Federal Rule of Criminal Procedure 49.1 and the Privacy Act of 1974, 5 U.S.C. § 552a. The parties shall not file personal identity information with, or submit such information to, the Court or reproduce such information's contents in any court filing unless the filing is placed under seal, with the Court's consent, or otherwise complies with FRCP 49.1.

4. Defendant, James Brien Comey, Jr., his attorneys, and persons engaged to prepare and assist in his defense of this matter shall have full access to and ability to use all discovery materials in this case.

5. This Order does not constitute a ruling on the question of whether any particular material is properly discoverable or admissible and does not constitute any ruling on any potential objection to the discoverability of any material.

ORDERED this ___24th___ day of _____June_____, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge