UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:26-CR-16-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BRIEN COMEY JR. | **MOTION TO PERMIT FILING OF ONE COMBINED MEMORANDUM OF LAW NOT TO EXCEED 40 PAGES IN SUPPORT OF MOTIONS TO DISMISS FOR SELECTIVE PROSECUTION AND VINDICTIVE PROSECUTION** |

NOW COMES James Brien Comey Jr., through undersigned counsel, and respectfully moves this Court for an order permitting him to submit one combined memorandum of law, not to exceed 40 pages in length, in support of his separate motions to dismiss for selective prosecution and for vindictive prosecution, rather than filing separate memorandums of law in support of each motion. In support of this motion, Mr. Comey shows the Court the following:

1.      A grand jury sitting in the Eastern District of North Carolina issued an indictment on 28 April 2026 charging Mr. Comey with one count of making a threat to take the life of or inflict bodily harm upon the President of the United States, in violation of 18 U.S.C. § 871(a), and one count of transmitting in interstate and foreign commerce a threat to kill the President of the United States, in violation of 18 U.S.C. § 875(c). *Id.*

2.      The deadline for filing pretrial motions is 28 July 2026.

3. Among other motions, Mr. Comey intends to file a motion to dismiss for selective prosecution and a motion to dismiss for vindictive prosecution. Local Rule 47 calls for Mr. Comey to submit a separate memorandum of law in support of each of these motions, not to exceed 30 pages in length.

4. In an effort to streamline the issues for the Court, Mr. Comey requests that rather than filing two separate memorandums of law on these two motions (each of which would be up to 30 pages in length), he be permitted to submit one combined memorandum of law in support of both motions, with a page limit not to exceed 40 pages. This would permit Mr. Comey to present all of the relevant arguments and law in one memorandum, and avoid potentially rehashing issues in two separate memoranda.

5. Because Local Rule 47(f)(2)(A) limits memorandums of law to 30 pages in length, Mr. Comey files this motion for permission to file one combined memorandum of law in support of the two separate motions, and for the length of that memorandum to not exceed 40 pages.

6. Undersigned counsel for Mr. Comey have discussed this motion with AUSA Tim Severo, and Mr. Severo states that the Government does not object to this motion.

WHEREFORE, James Brien Comey Jr. respectfully requests that this motion be granted, and the Court enter an order permitting him to file one memorandum of law in support of his separate motions to dismiss for selective prosecution and for vindictive prosecution, not to exceed 40 pages in length.

This the 13th day of July, 2026.

**LAW OFFICE OF PATRICK J. FITZGERALD**

/s/    Patrick J. Fitzgerald
Patrick J. Fitzgerald
P.O. Box 277
New Buffalo, MI  49117
(312) 758-4454
patrickjfitzgeraldlawoffice@gmail.com
Counsel for Defendant


**GAMMON & ZESZOTARSKI, PLLC**

/s/ Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
N.C. State Bar No. 21310
P.O. Box 1127
Raleigh, NC  27602
(919) 521-5878
jzeszotarski@ghz-law.com
LR 57.1 Counsel for Defendant

3