UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:26-CR-16-1-FL

UNITED STATES OF AMERICA

v.                                                                    **ORDER**

JAMES BRIEN COMEY JR.

This matter comes before the Court on Defendant's motion to submit one combined memorandum of law not to exceed 40 pages in support of his separate motions to dismiss for selective prosecution and for vindictive prosecution, rather than two separate memorandums in support of the motions. For good cause shown, the motion is GRANTED, and it is hereby ORDERED that Defendant may submit one combined memorandum of law in support of his separate motions to dismiss for selective prosecution and for vindictive prosecution, not to exceed 40 pages in length.

SO ORDERED.

This the 15th day of July, 2026.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE