UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:26-CR-16-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS TO COMPEL DISCOVERY** |
| JAMES BRIEN COMEY, JR. | |

NOW COMES DEFENDANT James Brien Comey, Jr., through undersigned counsel, and respectfully moves this Court for an order extending the deadline for filing pretrial motions to compel discovery to and including August 18, 2026. In support of this Motion, Defendant shows the Court the following:

1. On April 28, 2026, a grand jury in this district returned an indictment charging Mr. Comey with one count of making a threat to take the life of or inflict bodily harm upon the President of the United States, in violation of 18 U.S.C. § 871(a), and one count of transmitting in interstate and foreign commerce a threat to kill the President of the United States, in violation of 18 U.S.C. § 875(c).

2. Mr. Comey had an initial appearance in the Eastern District of Virginia on April 29, 2026, and was released pending trial.

3.    This Court entered a scheduling order on May 8, 2026, setting forth various deadlines in this case.  Thereafter, on May 26, 2026, the Court granted an unopposed motion by the defense to amend those deadlines as follows:

| | |
|---|---|
| Pretrial motions deadline: | July 28, 2026 |
| Deadline for responses: | August 18, 2026 |
| Deadline for replies: | September 1, 2026 |
| Arraignment: | October 2026 term of court |
| Trial: | Date set at time of arraignment |

The Court also made an express finding that the ends of justice service by the granted continuance of the motion outweighed the best interests of the public and defendant in a speedy trial given the gravity of the charges and the need for the defendant to review discovery and file motions.  (Dkt. # 15.)

4.    The government and defense team have worked cooperatively to date to narrow discovery issues and have not needed the intervention of the Court. There are a small number of discrete requests outstanding which both parties hope to resolve without requiring the assistance of the Court. Nonetheless, given the current deadline for motions, the defense seeks an extension of time to file any motions regarding currently outstanding discovery requests. The defense proposes that the Government be required to reach a final position on those requests by close of business on August 4, 2026, and the defense be required to file any motion to compel discovery on or before August 18, 2026, concerning items on which agreement is not reached.

5.    Mr. Comey consents to the exclusion of any period of delay caused by the extended deadlines, in the interest of justice, from the calculations under the Speedy Trial Act.

2

6.    Undersigned counsel has discussed this Motion with FAUSA Phil Aubart, who states that the Government does not oppose this proposed schedule and consents to the exclusion of time in the interests of justice.

WHEREFORE, Defendant respectfully requests that this Motion be granted, and that the Court enter an order setting the deadlines requested herein.

This the 28th day of July, 2026.

**LAW OFFICE OF**
**PATRICK J. FITZGERALD**

/s/    Patrick J. Fitzgerald
Patrick J. Fitzgerald
P.O. Box 277
New Buffalo, MI  49117
(312) 758-4454
patrickjfitzgeraldlawoffice@gmail.com
Counsel for Defendant


**GAMMON & ZESZOTARSKI,**
**PLLC**

/s/    Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
State Bar No. 21310
P.O. Box 1127
Raleigh, NC  27602
(919) 521-5878
jzeszotarski@ghz-law.com
LR 57.1 Counsel for Defendant

3