IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Case No.: 4:26-cr-00016-FL-RN |
| | ) | |
| James B. Comey, Jr., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### JAMES B. COMEY JR.'S MOTION FOR DISCLOSURE
### OF GRAND JURY PROCEEDINGS

James B. Comey, Jr., by and through undersigned counsel, and pursuant to Federal Rule of

Criminal Procedure 6(e)(3)(E)(ii), moves this Court to order the disclosure of the transcript and

audio recordings of the grand jury proceedings in this case. The myriad irregularities that led to

this indictment, along with the constitutional violations inherent in this prosecution, indicate that

grounds may exist to dismiss the indictment. Accordingly, disclosure of the grand jury

proceedings is warranted, or in the alternative, *in camera* review is appropriate.

Dated: July 28, 2026

Respectfully submitted,

JAMES B. COMEY, JR.
By Counsel

*/s/   Joseph Zeszotarski*
Joseph Zeszotarski
(N.C. Bar No. 21310)
Gammon & Zeszotarski, PLLC
P.O. Box 1127
Raleigh, NC 27602
Telephone: 919-521-5878
jzeszotarski@ghz-law.com

*Local Rule 57.1 Counsel for Defendant*

Patrick J. Fitzgerald*
(Mich. Bar No. P86579)
P.O. Box 277
New Buffalo, MI 49177
Telephone: (312) 758-4454
patrickjfitzgeraldlawoffice@gmail.com

*/s/   Ephraim A. McDowell*
Ephraim A. McDowell*
(D.C. Bar No. 1631429)
Alexander J. Kasner*
(Cal. Bar No. 310637)
Elias S. Kim*
(D.C. Bar No. 1673678)
Dev P. Ranjan*
(D.C. Bar No. 90019329)
COOLEY LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
emcdowell@cooley.com
akasner@cooley.com
ekim@cooley.com
dranjan@cooley.com

Rebekah Donaleski*
(N.Y. Bar No. 4986246)
COOLEY LLP
55 Hudson Yards

New York, NY 10001
Telephone: (212) 479-6000
rdonaleski@cooley.com

Michael R. Dreeben*
(D.C. Bar No. 370576)
600 New Jersey Ave. NW
Washington, DC 20001
Telephone: (202) 695-2562

*Special Appearance pursuant to Local Criminal
Rule 57.1(e)

Counsel for Defendant James B. Comey, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 28th day of July, 2026, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Ephraim A. McDowell*
Ephraim A. McDowell
*Counsel for Defendant James B. Comey, Jr.*