# Exhibit B

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**

**From:** JAMES SWANSON (PID) < ██████████████████ >
**Sent on:** Friday, May 16, 2025 8:51:17 PM
**To:** PIOCSUPS < ██████████████ >
**CC:** PID-SAIC < █████████████████ OSBmgmt < ████████████████ >
**Subject:** FW: 8647

USSS   Standard Sensitive Info

PIOCSUPs,

Please see the below guidance, which is derived from discussions and concurrence with the front office. Until we are instructed otherwise, OSB is reporting 8647 threats.

Full OSINT can take up to 1.5 hours. Given the prolific nature of this current trend, OSB is conducing cursory OSINT until the receiving PIOC Agent or Region advocates for additional OSINT. If so, send the request to OSU-ONDUTY.

Please consider creating a subfolder at the PIOC if these threats are too rapid to process.

If you would like to change this procedure, please do not ask the OSB analyst to change course until we have updated guidance. They have been instructed to search and report.

Thank you,
Jim

**From:** JAMES SWANSON (PID)
**Sent:** Friday, May 16, 2025 11:01 AM
**To:** OSU-ALL < ██████████████ >
**Subject:** RE: 8647

As a baseline, discoveries of "8647" threats should receive **cursory** OSINT, not comprehensive, unless there are augmenting factors determined by your initial discovery. Cursory OSINT is simply a surface-level review of the social media content that should be reviewed/captured pertaining to the subject and threat.

It should be noted in the write up, "Only cursory OSINT was completed for this discovery. If further research is necessary, an additional request should be sent to OSU-ONDUTY."

Thanks,
Jim

**From:** JAMES SWANSON (PID)
**Sent:** Friday, May 16, 2025 10:33 AM
**To:** OSU-ALL < ██████████████ >
**Subject:** 8647

Effective immediately, please include "8647" in manual keyterm searches for threats to POTUS Trump. Additionally, periodically check the Liferaft/Zignal collection points for "8647."

"8647" could be coded threat language for "kill the 47th President." You are the initial investigation. If you believe this was the intended statement, it should be reported. The language itself could constitute a threat and it also could constitute unusual behavior.

OSBMGMT – please update the Briefing Sheet with this tasker, to be conducted by all PIOC SMA shifts.

It is understood that we will be in for a surge of discoveries/reports. Please keep management informed and we will help manage the surge. The front office, OPS, and RMB are all aware of this.

Thanks,

James "Jim" Swanson
Assistant Division Chief
U.S. Secret Service
PID-Open Source Intelligence Branch
█████████████ (Office)
█████████████ (Cell)

**From:** ADAM DANIELS (PID) <█████████████████>
**Sent on:** Saturday, May 17, 2025 12:16:02 AM
**To:** JOHN BUSH (PPD) <█████████████████>
**Subject:** Fw: PID Interview (Comey)

Hey John…see below for the latest update from WFO.

Adam Daniels
Special Agent in Charge
Protective Intelligence and Assessment Division
Office of Strategic Intelligence and Information
████████████

---

**From:** JOHN BUSH (PPD) <█████████████>
**Sent:** Friday, May 16, 2025 7:39 PM
**To:** ADAM DANIELS (PID) <█████████████>
**Subject:** Re: PID Interview (Comey)

USSS - Standard Sensitive Info

Hey Adam - any updates?  The COS just asked me for any.

Thank you,
John

John T. Bush
████████████
USSS / PPD

---

**From:** ADAM DANIELS (PID) <█████████████>
**Sent:** Friday, May 16, 2025 4:55:25 PM
**To:** JOHN BUSH (PPD) <█████████████>
**Subject:** Re: PID Interview (Comey)

USSS - Standard Sensitive Info

Hey John…here's the latest update from the PIOC.

As of 1550hrs, WFO leadership has been in telephonic contact with Comey, who is still en route to his residence ████████████ The plan is for WFO supervisors to pickup Comey from his residence upon his arrival, and drive him to USSS-WFO for a PI Interview.  This interview will be also be conducted by WFO supervisors.

That's all we have for now…I'll keep you updated.

Adam

Adam Daniels

Special Agent in Charge
Protective Intelligence and Assessment Division
Office of Strategic Intelligence and Information

███████

**From:** JOHN BUSH (PPD) ◀██████████████
**Sent:** Friday, May 16, 2025 12:39:40 PM
**To:** ADAM DANIELS (PID) ◀██████████████
**Subject:** Re: PID Interview (Comey)

USSS   Standard Sensitive Info

Thanks Adam.

John T. Bush
███████
USSS / PPD

**From:** ADAM DANIELS (PID) ◀██████████████
**Sent:** Friday, May 16, 2025 6:38:19 PM
**To:** JOHN BUSH (PPD) ◀██████████████
**Cc:** JOHN CRUNKILTON, JR. (DPD) ◀██████████████ (SII) ◀██████████████
**Subject:** RE: PID Interview (Comey)

USSS   Standard Sensitive Info

Correction to the location of the interview;

The US Attorney has requested the interview be conducted at USSS-WFO.  The request has been made to Comey through his attorney, and WFO is now waiting to hear back.  Essentially, the interview time and location is currently TBD pending a response from Comey's attorney.

More to come

Adam Daniels
Special Agent in Charge
Protective Intelligence and Assessment Division
Office of Strategic Intelligence and Information
Cell: ███████
Office: ███████

**From:** JOHN BUSH (PPD) ◀██████████████
**Sent:** Friday, May 16, 2025 12:33 PM
**To:** ADAM DANIELS (PID) ◀██████████████
**Cc:** JOHN CRUNKILTON, JR. (DPD) ◀██████████████ (SII) ◀██████████████
**Subject:** Re: PID Interview (Comey)

USSS - Standard Sensitive Info

Thank you Adam. It is a hot topic on the plane and ███ is very interested. I appreciate it.

John T. Bush

**USSS / PPD**

**From:** ADAM DANIELS (PID) <████████████████>
**Sent:** Friday, May 16, 2025 6:30:21 PM
**To:** JOHN BUSH (PPD) <████████████████>
**Cc:** JOHN CRUNKILTON, JR. (DPD) <████████████████ (SII) <████████████
**Subject:** RE: PID Interview (Comey)

USSS   Standard Sensitive Info

John…WFO confirmed the interview today will be at Mr. Comey's residence in ████████ at 3pm.

Preliminary interview notes will be shared once they've been approved through INV/WFO and SII.

Hit me up with further questions.
-Adam

Adam Daniels
Special Agent in Charge
Protective Intelligence and Assessment Division
Office of Strategic Intelligence and Information
Cell: ████████████
Office: ████████████

**From:** JOHN BUSH (PPD) <████████████████>
**Sent:** Friday, May 16, 2025 12:11 PM
**To:** ADAM DANIELS (PID) <████████████████>
**Cc:** JOHN CRUNKILTON, JR. (DPD) <████████████████ (SII) <████████████
**Subject:** RE: PID Interview (Comey)

USSS - Standard Sensitive Info

Copy.  Thanks Adam.

**From:** ADAM DANIELS (PID) <████████████████>
**Sent:** Friday, May 16, 2025 12:07 PM
**To:** JOHN BUSH (PPD) <████████████████>
**Cc:** JOHN CRUNKILTON, JR. (DPD) <████████████████ (SII) <████████████
**Subject:** RE: PID Interview (Comey)

USSS   Standard Sensitive Info

Hey John….My understanding is the interview will occur at Mr.Comey's residence at 3pm EST today, not at WFO.

I'll confirm that, and I'll ask for the preliminary interview notes as soon as they're available.

I'll be in touch with updates. Safe Travels

-Adam

Adam Daniels
Special Agent in Charge
Protective Intelligence and Assessment Division

Office of Strategic Intelligence and Information
Cell: ███████
Office: ███████

**From:** JOHN BUSH (PPD) <███████
**Sent:** Friday, May 16, 2025 12:03 PM
**To:** ADAM DANIELS (PID) <███████
**Cc:** JOHN CRUNKILTON, JR. (DPD) <███████ ██████ (SII) <███████
**Subject:** PID Interview (Comey)

USSS - Standard Sensitive Info

Adam,

Staff has been advised that Mr. Comey may be interviewed today, in person, at WFO. As I am getting LOTS of questions, is it possible for me get an immediate readout (call) of the interview? We are en route to the refuel in the UK and then another 7+ hour flight to JBA. I am available via my cell.

Thank you in advance,
John

**From:** T████████████(SII) ████████████

**Sent on:** Friday, May 16, 2025 11 12 20 PM

**To:** DANIEL DOWNS (PID) ████████████ ; JAMES SWANSON (PID) ████████████ ; PID SAIC  PID ████████████ ; BRIAN GALLAGHER (PID) ████████████ ; VICTOR LEE (PID) ████████████ ; JONAS BALCIUNAS (PID) ████████████

**Subject:** Re  8647

USSS   Standard Sensitive Info

Thanks Jim  I appreciate the team's effort on this  As we figured, this is a lot and we can't, nor should be expected to document all of these references to 8647  We should go back to business as usual, unless someone is inciting violence along with those numbers or adding egregious and threatening language

Thanks

████████

████████████

Assistant Director

Office of Strategic Intelligence & Information

United States Secret Service

████████ (office)

████████ (cell)

---

**From:** DANIEL DOWNS (PID) ████████████

**Sent:** Friday, May 16, 2025 5:45:52 PM

**To:** JAMES SWANSON (PID) ████████████ ████████ (SII) ████████████ ; PID SAIC <PID ████████████ ; BRIAN GALLAGHER (PID) ████████████ ; VICTOR LEE (PID) ████████████ ; JONAS BALCIUNAS (PID) ████████████

**Subject:** Re: 8647

USSS   Standard Sensitive Info

This is great, Jim  You knew it would be a lot

Thank you,

Daniel G  Down
Deputy Special Agent in Charge
United State  Secret Service
Protective Intelligence & A  e  ment Divi ion
████████ (Cell ████████ (De k)

---

**From:** JAMES SWANSON (PID) ████████████

**Sent:** Friday, May 16, 2025 5:37:51 PM

**To:** TRENT EVERETT (SII) ████████████ ; PID SAIC <PID ████████████ ; BRIAN GALLAGHER (PID) ████████████ ; VICTOR LEE (PID) ████████████ ; JONAS BALCIUNAS (PID) ████████████ hs.gov

**Subject:** 8647

USSS   Standard Sensitive Info

Good evening sir,

To give you a readout on initial magnitude, one of our tools pulled over 1,800 hits today for "8647 "  It should be noted that many of these hits are people simply talking about the trend or reporting the post so that it gets LE attention (as opposed to intentionally perpetuating the "8647" as a threat)

The OSB squad has been instructed to go through the returns and report all "8647" threats to the PIOC  **This directive is below. Please advise if anything should be changed.**

Lastly, OSB will generate a sentiment graph to show how "8647" is trending online. This can be utilized for the Monday brief, but if you would like it sooner, just let us know.

Thanks,
Jim

**From:** MACKENZIE STROM (PID) <█████████████████████>
**Sent:** Friday, May 16, 2025 5:13 PM
**To:** JAMES SWANSON (PID) <████████████████████>
**Subject:** Liferaft Number

USSS - Standard Sensitive Info

Hi Jim,

Please see attached. The top right is the count of what LIferaft has pulled – Currently 1886 in this screen grab.

Thank you!

Respectfully,

**Mackenzie Strom**
Protective Intelligence Research Specialist
U.S. Secret Service
PID Open Source Branch
Cell: ████████████

**From:** ADAM DANIELS (PID) < ███████████████ >
**Sent on:** Saturday, May 17, 2025 1:29:53 AM
**To:** JOHN BUSH (PPD) < ███████████ >
**Subject:** Re: Comey Interview - Executive Summary


Anytime, Brother.

Welcome home,
Adam

Adam Daniels
Special Agent in Charge
Protective Intelligence and Assessment Division
Office of Strategic Intelligence and Information
████████

---

**From:** JOHN BUSH (PPD) < ██████████ >
**Sent:** Friday, May 16, 2025 9:28:39 PM
**To:** ADAM DANIELS (PID) < ████████ >
**Subject:** Re: Comey Interview - Executive Summary

USSS   Standard Sensitive Info

Thanks so much Adam.

John T. Bush
████████
USSS / PPD

---

**From:** ADAM DANIELS (PID) < ████████ >
**Sent:** Friday, May 16, 2025 9:27:51 PM
**To:** JOHN BUSH (PPD) < ██████████ >
**Subject:** Fw: Comey Interview - Executive Summary

USSS   Standard Sensitive Info

John…executive summary below.

let me know if you require additional information.

Thanks,
Adam

Adam Daniels
Special Agent in Charge
Protective Intelligence and Assessment Division
Office of Strategic Intelligence and Information
████████

**From:** ████████ (SII) <████████████████████>
**Sent:** Friday, May 16, 2025 9:26:19 PM
**To:** PID-PIOC-ATSAIC <████████████████████████████
**Cc:** PID-SAIC <████████████████████████████████████
**Subject:** Fw: Comey Interview - Executive Summary

USSS   Standard Sensitive Info

Team,

Below is the executive summary provided by SAIC ████████ (WFO). Tomorrow, WFO will conduct corroborative interviews with Comey's wife ████████. A full write-up will follow.

Thanks,

████████

████████████████

Assistant Director
Office of Strategic Intelligence & Information
United States Secret Service
████████ (office)
████████ (cell)

**From:** ████████████ (WFO) <████████████████████
**Sent:** Friday, May 16, 2025 8:29 PM
**To:** ████████ (SII) <████████████████████
**Cc:** MICHAEL CENTRELLA (INV) <████████████████████     MICHAEL BALL (INV) <████████████████████
**Subject:** Fw: Comey Interview - Executive Summary

USSS - Standard Sensitive Info

████████

Let me know if you need anything more from us on this.

Thank you!

████████████

Special Agent in Charge
Washington Field Office
U.S. Secret Service
████████ (c)

**Interview location:** WFO conference room from 1750-1834hrs. on 5/16/25

**Parties present:** James Comey, David Kelley (personal attorney not present, but on speakerphone), ATSAIC Jamie Marcella (interviewer), SA Ryan Marks, AUSA (EDVA), DHS General Counsel, USSS Chief Counsel

**Highlights of Interview:**

-Comey was read Miranda rights and verbally waived

-Comey confirmed his IG account and that he made all posts to it on 5/15/25

    -Came upon the shell message on the beach with his wife in Emerald Isle, NC and thought it was "cool," and posted it to IG

    -Interpreted the message "86 47" as an expression to "ditch, dump, or replace" President Trump

    -Insisted that it never occurred to him that this message could be interpreted as a call to violence

-██████████ contacted his wife later that evening, who then informed him that the message gained traction online, and that some were interpreting it as a call to violence against President Trump

    -Once informed of this, Comey immediately deleted the post and followed up with a explanation a short time later on IG

    -Repeatedly stated that he is not calling for violence and does not wish any harm comes to President Trump

-Comey admitted that his personal feelings towards President Trump may have influenced him to post this message "only a little"

-Comey believed that his followers would think the shells were "cool," but that the post would be "kind of a yawn" and did not expect it to go viral

    -Even given his public status, the large number of followers he has, the fact that President Trump will not be serving a 3rd term, and that President Trump has survived recent assassination attempts, Comey did not feel that this post was reckless because he never perceived the "dark way in which some people would receive it"

-When asked, Comey agreed to preserve all electronic communications, pictures, etc. related to this incident on his phone, and when asked if he could provide them to the USSS, responded that he would confer with his attorney before doing so

-Comey answered all of the questions that were posed to him, and his attorney at no point stopped the interview

**Next Steps:**

-Corroborative interviews will be conducted telephonically with Patrice Comey (wife) and ██████████ on 5/17/25 by ATSAIC Marcella and once conducted, the completed writeup will be submitted

014163

**From:** BRIAN GALLAGHER (PID) < ███████████████████ >
**Sent on:** Friday, May 16, 2025 2:23:13 PM
**To:** ADAM DANIELS (PID) < ████████████████ >
**Subject:** Re: Social Media Post of Concern


USSS   Standard Sensitive Info

Copy thanks.


**Brian P. Gallagher**
Assistant Special Agent in Charge
Protective Intelligence & Assessment Division
Operations Branch
██████████ (cell)
██████████ (desk)

---

**From:** ADAM DANIELS (PID) < ████████████████ >
**Sent:** Friday, May 16, 2025 4:38:12 AM
**To:** BRIAN GALLAGHER (PID) < ██████████████ >
**Subject:** Fw: Social Media Post of Concern

USSS - Standard Sensitive Info

Hey Brian…just FYSA, I want you to be aware of the PIOC's activities over this investigation of Jim Comey's social media post.

You don't need to take action, everything is proceeding as necessary.

Adam

Adam Daniels
Special Agent in Charge
Protective Intelligence and Assessment Division
Office of Strategic Intelligence and Information
██████████████

---

**From:** ADAM DANIELS (PID) < ████████████████ >
**Sent:** Friday, May 16, 2025 7:25:37 AM
**To:** ██████████ (SII) < ████████████████ DANIEL DOWNS (PID) < ████████████████ >
**Subject:** Fw: Social Media Post of Concern

██████████

Just making sure you have visibility on the UAE-PID Team's briefings to PPD leadership…see below.

Adam

Adam Daniels
Special Agent in Charge
Protective Intelligence and Assessment Division
Office of Strategic Intelligence and Information

███████████

---

**From:** TIMOTHY STURGELL (PID) <████████████████████
**Sent:** Friday, May 16, 2025 12:36 AM
**To:** ADAM DANIELS (PID) <████████████ DANIEL DOWNS (PID) <████████████
TOM BURNSIDE (PID) <████████████
**Subject:** FW: Social Media Post of Concern

USSS   Standard Sensitive Info

Sirs,

FYSA. DSAIC Eichberger requested the below info, expecting to have to brief POTUS. He has since briefed the Chief of Saff on the below updates Harry provided. On a side note, the PID team has been doing a great job with handling matters as they arise and briefing the detail leadership when appropriate.

Respectfully,

**Timothy S. Sturgell**
Assistant Special Agent in Charge
United States Secret Service
Protective Intelligence & Assessment Division
███████████ (Desk) ███████████ (Cell)

---

**From:** HARRY SPEER (PID) <████████████████
**Sent:** Thursday, May 15, 2025 11:39 PM
**To:** JOHN BUSH (PPD) <████████████ JEREMY EICHBERGER (PPD) <████████████
**Cc:** CALEB DAVIS (PPD) <████████████ TIMOTHY STURGELL (PID) <████████████ CORY
NOTARI (PID) <████████████
**Subject:** Social Media Post of Concern

USSS   Standard Sensitive Info

Gentlemen,

Below is the most up to date information that we are tracking on the posting: I broke it into sections.  PIOC info, Notes, and WFO info.

First emails about this are from approximately 2035 EDT on 5/15/25, when open source branch performed OSINT searches and found an address████████████████████████

Soon thereafter, PIOC directed both WFO and NHV launch to the known addresses to attempt to locate and interview COMEY.

WFO PI Duty Desk made a call to COMEY's known cell number.  First time it went to voicemail.  Second time they were able to talk to him and the interview notes are below from ATSAIC ████████.

An interview was set up for 5/16 at 1500 EDT, PIOC discontinued having WFO and NHV respond to the known addresses. AD ███████████ was made aware of each of these steps as they happened. PID/SAIC Daniels also acknowledged receiving updates on what was going on.

---

**Below are the notes from ███████ when he spoke to Comey**.

I just spoke to James Comey on the phone a few minutes ago. He called the WOC on his cell phone: ████████ █████████

He stated he was walking on the beach this afternoon with his wife and saw the sea shells arranged in the sand. They initially thought it was an address for a house nearby. He then thought it was a political statement that someone else was making. He took a photo of the sea shells and posted the picture. He stated that ████ ████████ notified him that it might mean something other than what he thought and he immediately pulled the picture down. He said the photo was up for less than one hour. He did not realize the 86 meant anything violent.

Comey stated he didn't mean anything threatening towards the president. He has no intention to incite violence of any kind.

I asked if we could interview him in person. He agreed to talk to our agents and suggested tomorrow afternoon would be easiest as they are driving back from the beach in the morning. I asked what beach he was at, and he declined to give his location. I asked if it was necessary, would we be able to interview him in person tonight and he declined to provide his address as he and his family are in their pajamas getting ready for bed. He agreed to meet with USSS tomorrow afternoon once he gets home from the beach. He confirmed his residence and agreed to give us a call if he was going to be later because of traffic.

We agreed to 3pm at his residence if this telephonic interview was not sufficient.

---

**Below are investigative coordination and updates from WFO as this progressed.**

- WFO PI advised me that the WFO SAIC ████████████ talked to "the USSS Director's Office." and there was no request to present this case to the USAO tomorrow morning. *Thus, SAIC ████████ instructed WFO PID to hold off on presentment.*

- WFO PI advised that ATSAIC Jamie Marcella and SA Ryan Marks will be conducting the interview of James Comey at his residence tomorrow. WFO PI also advised that "someone from the Attorney General's office" would be accompanying them, but no further information was available on who that would be.

---

Please let me know if there are addition questions or concerns.

V/R
Harry Speer
Special Agent
Protective Intelligence and Assessment Division
U.S. Secret Service