# Exhibit E

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**

Case 4:26-cr-00016-FL-RN    Document 43-5    Filed 07/28/26    Page 1 of 4

 Outlook

## Exigent Request_6993

**From** ███████████████ (WFO) <███████████████████>
**Date** Fri 5/16/2025 7:56 AM
**To** VSAT.CCT████████████ <██████████████████>



📎 1 attachment (130 KB)
EXIGENT_Verizon_6993.pdf;

013475

Good morning,

Please find the exigent request form attached. If you have any questions please feel free to reach out. Thank you for your support.

Respectfully,

████

████████████



*Special Agent | Cyber Task Force*
*Washington Field Office - USSS*
Cell ████████

013476

# EMERGENCY SITUATION DISCLOSURE

 **verizon**

**Upon receipt and review of this completed form**, Verizon may divulge records or other information to governmental entities in certain emergencies, pursuant to 18 U.S.C. §2702(b) (8) or §2702(c) (4) or an equivalent state law. Please complete this form and **immediately** fax it back to Verizon at ▭Redacted▭

**Case #:** ▮▮▮▮▮

**Analyst Name:** ▮▮▮▮▮

**Date of Request:** 05/16/25

**RE: Phone Number, IP address or Subscriber:** ▮▮▮▮▮

*Does this request relate to an emergency involving danger of death or serious physical injury to a person, necessitating disclosure without delay of information relating to that emergency?*

☒ **YES**   ○ **NO**

## Type of Records Being Requested:

☒ Subscriber Information
☒ Last Known Location Information
☒ Periodic Location Updates (15 Minute Intervals) How long are you requesting location updates? `48` Hours
  **Email for Updates:** ▮▮▮▮▮

*Note: Location Updates will be provided at 15 minute intervals, but only during the emergency situation. You must notify Verizon when the situation is no longer emergent. In any event, location updates will not be provided more than 48 hours without a warrant.*

Additional Historical Records Requested:
☒ Incoming and outgoing call detail to and from target phone. Includes time/date.
  ◉ W/Cell Sites   ☐ W/Out Cell Sites
☒ SMS Detail - Incoming and outgoing text message detail to and from target phone. Includes time/date.
  **Time Frame For Additional Records Requested Above:** 05/16/25 - 05/16/25

☐ Hotline Service (Suspend Service)
  Options (check only one):
  ○ Deny outgoing
  ☐ Deny incoming
  ☐ Deny text messages
  ☐ Deny all of the above
  ☐ Hotline outgoing to ▭ and allow incoming
  ☐ Hotline outgoing to ▭ and block incoming (NO incoming calls, including from LEA)

**Additional Comments and/or Information/Service Change Requests:**

Request IMSI
PRTT to USSS IP: ▮▮▮▮▮

Verizon confidential and proprietary. Unauthorized disclosure, reproduction or other use is prohibited. 3/2024

**Name:** ▮▮▮▮▮   **Rank/Title:** Special Agent
**Law Enforcement Agency:** US SECRET SERVICE WASHINGTON DC   **Phone:** ▮▮▮▮▮
**Dispatcher/Badge Number/Government ID (if applicable):** ▭   **Fax:** ▭
**Address:** ▮▮▮▮▮
**Email Address:** ▮▮▮▮▮

**I certify that the foregoing is true and correct and understand that Verizon may rely upon this form to make an emergency disclosure to my law enforcement agency or governmental entity pursuant to 18 U.S.C. § 2702(b)(8) or § 2702(c)(4).**

Requesting office/agent signature: ▮▮▮▮▮   Date: 5/16/25

Verizon confidential and proprietary. All information contained herein should be considered confidential. If you have received this, please do not disclose, copy, reproduce or distribute to anyone other than an authorized governmental or law enforcement official (3/2024)

013477