# Exhibit F

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**

**From:** ████████████ (WFO) <████████████████████

**Sent on:** Saturday, May 17, 2025 12:28:59 AM

**To:** JAMIE MARCELLA (WFO) ████████████████████; ████████████ (WFO)████████████████ STAVROS NIKOLAKAKOS (WFO) <████████████████████

**Subject:** Re: Comey Interview - Executive Summary

USSS   Standard Sensitive Info

Thanks Jamie,

i'll take it from here. Appreciate all the work on this!

████████████

Special Agent in Charge
Washington Field Office
U.S. Secret Service
████████████████

---

**From:** JAMIE MARCELLA (WFO)████████████████

**Sent:** Friday, May 16, 2025 8:12:49 PM

**To:** ████████████(WFO)████████████████████ STAVROS NIKOLAKAKOS (WFO) ████████████████████████ (WFO)████████████████

**Subject:** Comey Interview - Executive Summary

USSS   Standard Sensitive Info

Gentlemen,
Below is a brief summary of the interview with James Comey, please let me know if you have any questions about it.  I was contacted by the PIOC earlier today, they claimed that they received a request from SAIC Bush who received a request directly from ██████ for a summary of the interview when available.  Please let me know if I should send this summary to the PIOC supervisor or if coordination with PID will occur at a level of leadership above me,
Thank you

**Interview location:** WFO conference room from 1750-1834hrs. on 5/16/25

**Parties present:** James Comey, David Kelley (personal attorney not present, but on speakerphone), ATSAIC Jamie Marcella (interviewer), SA Ryan Marks, AUSA (EDVA), DHS General Counsel, USSS Chief Counsel

**Highlights of Interview:**
-Comey was read Miranda rights and verbally waived
-Comey confirmed his IG account and that he made all posts to it on 5/15/25
        -Came upon the shell message on the beach with his wife in Emerald  Isle, NC and thought it was "cool," and posted it to IG
        -Interpreted the message "86 47" as an expression to "ditch, dump, or replace" President Trump
        -Insisted that it never occurred to him that this message could be interpreted as a call to violence
-██████████ contacted his wife later that evening, who then informed him that the message gained traction online, and that some were interpreting it as a call to violence against President Trump
        -Once informed of this, Comey immediately deleted the post and followed up with a explanation a short time later on IG
        -Repeatedly stated that he is not calling for violence and does not wish any harm comes to President Trump

-Comey admitted that his personal feelings towards President Trump may have influenced him to post this message "only a little"
-Comey believed that his followers would think the shells were "cool," but that the post would be "kind of a yawn" and did not expect it to go viral

-Even given his public status, the large number of followers he has, the fact that President Trump will not be serving a 3rd term, and that President Trump has survived recent assassination attempts, Comey did not feel that this post was reckless because he never perceived the "dark way in which some people would receive it"

-When asked, Comey agreed to preserve all electronic communications, pictures, etc. related to this incident on his phone, and when asked if he could provide them to the USSS, responded that he would confer with his attorney before doing so
-Comey answered all of the questions that were posed to him, and his attorney at no point stopped the interview

**Next Steps:**
-Corroborative interviews will be conducted telephonically with Patrice Comey (wife) and ▮▮▮▮▮▮▮▮▮w on 5/17/25 by ATSAIC Marcella and once conducted, the completed writeup will be submitted

Jamie Marcella
Assistant to the Special Agent in Charge
Department of Homeland Security / U.S. Secret Service
Washington Field Office

013198