# Exhibit J



**In Reply, Please Refer to**
**File No.** ███████████

Charlotte, NC
November 5, 2025


SUBJECT: JAMES BRIEN COMEY, JR; VICTIM: DONALD JOHN TRUMP; EMERALD ISLE, NC; THREATENING - HARASSING COMMUNICATIONS (INTERNET - TELEPHONE); SIM SENSITIVE INVESTIGATIVE MATTER


On or about May 15, 2025, former Federal Bureau of Investigation (FBI) Director, James Brien Comey (Comey), Jr., posted a photograph to his Instagram account of seashells that were assembled on what appeared to be a beach and depicted the numbers "4786."

On October 30, 2025, the United States Attorney's Office for the Eastern District of North Carolina contacted FBI Charlotte and requested assistance with this matter and to open an investigation. The matter will be assigned to First Assistant United States Attorney Philip Aubart.


The point of contact for this investigation is Special Agent April Floyd, telephone number ██████████.


Page 1 of 1

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.