# Exhibit M

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    12/01/2025

(U) On 17 November 2025, FBI SA April Floyd received the US Secret Service case file from the US Attorney's Office, Eastern District of North Carolina, Supervisory Paralegal of the Criminal Division, | **Redacted** |

Investigation on   11/17/2025   at   Wilmington, North Carolina, United States (Email)

File # ████████████      Date drafted   11/25/2025

by   Stacy Hamilton, SA APRIL FLOYD

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

005833