# Exhibit N

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Collected Item Log

**Event Title:** (U) Non-Custodial, Overt Interview          **Date:** 04/21/2026

**Approved By:** SAS SAURER JESSICA LEE

**Drafted By:** DESHAZO KEVIN S

**Case ID #:** ███████████

**Details:**

Non-custodial, overt interview of SA April Floyd, SA Mariane Zaytoun, EDNC First Asst USA Phil Aubart and ████████████████████████████

**Collected From:** (U) April Floyd

**Receipt Given?:** No

**Holding Office:** CE - CHARLOTTE

| Item Type | Description |
|-----------|-------------|
| 1D | (U) Non-custodial, overt interview of SA April Floyd, SA Mariane Zaytoun, EDNC First Asst USA Phil Aubart and [Redacted] 4/13/2026, [Redacted] Collected On: 04/15/2026 11:06 AM EDT Collected By: SA APRIL FLOYD ELSUR Evidence Type: Interview - Non-Custodial (Overt) Media Type: CD/DVD/Blu-ray Original Type: Original - Physical Media Surveillance Start: 04/13/2026 Surveillance End: 04/13/2026 |

◆◆

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.