# Exhibit T

**DOCUMENT SEALED PURSUANT TO PENDING MOTION TO SEAL**