# Exhibit V

**DOCUMENT SEALED PURSUANT TO PENDING MOTION TO SEAL**

Case 4:26-cr-00016-FL-RN     Document 43-22     Filed 07/28/26     Page 1 of 1