# Exhibit W

**DOCUMENT SEALED PURSUANT TO PENDING MOTION TO SEAL**