# Exhibit X

 **Outlook**

## FW: EDNC Request for Assistance

**From** Oubre, Nathan E. (CE) (FBI) <█████████████>
**Date** Mon 11/17/2025 4:22 PM
**To** Krug, Stephanie M. (CE) (FBI) <█████████████>

**From:** Oubre, Nathan E. (CE) (FBI) <█████████████>
**Sent:** Wednesday, September 24, 2025 3:38 AM
**To:** Diaz, Gabriel (USANCE) <█████████████>
**Subject:** Fw: EDNC Request for Assistance

Here you go. Let me know if you need anything further!

Nate

**From:** Barnacle, James C. Jr. (CID) (FBI) <█████████████>
**Sent:** Tuesday, September 23, 2025 11:41:26 PM
**To:** Oubre, Nathan E. (CE) (FBI) <neoubre@fbi.gov>
**Cc:** Swinkey, Kathryn L. (CE) (FBI) <█████████████>
**Subject:** RE: EDNC Request for Assistance

Nate,

On 9/18/2025, FBI Charlotte Field Office conducted logical queries related to the requested information to the best of its abilities. The search was conducted within the FBI's Sentinel database system. This included multiple spellings and variations of the slang term "86" or "eighty-six", including limiting phrases and time frames to help narrow search returns. Charlotte believes any references to the search terms, including cases and training materials, would be stored within Sentinel.

These searches produced inconclusive results regarding the use of "86" or "eighty-six" as a slang term.

Additionally, the searcher was unable to identify if the subject would have had access or been exposed to any potential files meeting the search perimeters.

Should additional information be made available, Charlotte Field is willing to assist in performing further queries.

Regards,
Jim

**From:** Oubre, Nathan E. (CE) (FBI) <span style="background:black"> </span>
**Sent:** Thursday, September 18, 2025 10:57 AM
**To:** Barnacle, James C. Jr. (CID) (FBI) < >
**Subject:** Fw: EDNC Request for Assistance

---

**From:** Diaz, Gabriel (USANCE) <
**Sent:** Thursday, September 18, 2025 10:42:33 AM
**To:** Oubre, Nathan E. (CE) (FBI) < >; Aubart, Philip (USANCE) < >
**Cc:** Dodson, Robert (USANCE)
**Subject:** [EXTERNAL EMAIL] - EDNC Request for Assistance

Nate,
In relation to the open investigation in our office, we are seeking to determine whether it would be possible to obtain:

- Any records – e.g., training records – that would involve use of the slang term "eighty-six" ("86") and such records would have been associated with former FBI Director James Comey;

- Any cases or investigations at any level that would have involved use of the slang term "eighty-six" ("86") and such records would have been associated with former FBI Director James Comey.

We recognize that as a former Director, Mr. Comey would have in a sense been associated with everything the FBI did during his tenure; however, we are seeking information that would have any indication of direct association and would in any way whatsoever leave reason to believe Comey had specific knowledge of such documents and/or cases.

Respectfully,

Gabriel J. Diaz
Assistant United States Attorney
National Security Section
Eastern District of North Carolina