# Exhibit Z

Case 4:26-cr-00016-FL-RN    Document 43-26    Filed 07/28/26    Page 1 of 3

**From:** "Floyd, April Burns (CE) (FBI)" <████████████████████>
**To:** "Olson, Hanna Claire (CE) (FBI)" <████████████████████>, "Lawrence, Jordan (CE) (FBI)"
████████████████████
**Subject:** Fw: Key Word Search
**Date:** Thu, 16 Apr 2026 14:19:17 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg

---

**From:** Floyd, April Burns (CE) (FBI) <████████████████>
**Sent:** Tuesday, April 14, 2026 1:34:03 PM
**To:** Aubart, Philip (USANCE) <████████████████>
**Cc:** Zaytoun, Mariane Ghazaleh (CE) (FBI) <████████████████>; Krug, Stephanie M. (CE) (FBI) <████████████████>
**Subject:** Re: Key Word Search

Noted. Thanks!

Special Agent April Floyd
FBI Charlotte/Wilmington Resident Agency
Cell ████████████
Email: ████████████

**From:** Aubart, Philip (USANCE) <████████████████>
**Sent:** Tuesday, April 14, 2026 1:33 PM
**To:** Floyd, April Burns (CE) (FBI) <████████████>
**Cc:** Zaytoun, Mariane Ghazaleh (CE) (FBI) <████████████████>; Krug, Stephanie M. (CE) (FBI) <████████████████>
**Subject:** [EXTERNAL EMAIL] - RE: Key Word Search

Eight-six
Eighty-six
8-6
Assassinate
fix

Phil Aubart
First Assistant United States Attorney
Eastern District of North Carolina
████████████████████



**Sensitive United States Attorney Communication**
Information contained in this message, and any and all accompanying documents, constitutes
sensitive information.  This information is the property of the United States Attorney's Office.  If

you are not the intended recipient of this information, disclosure, copying, reproduction, or the taking of any action in reliance on this information is **strictly prohibited**. If you receive this message in error, please contact this office immediately at the number listed above to make arrangement for its return to us.

**From:** April Floyd <███████████>
**Sent:** Tuesday, April 14, 2026 1:18 PM
**To:** Aubart, Philip (USANCE) <█████████████>
**Cc:** Mariane Zaytoun <████████████████>; Krug, Stephanie M. (CE) (FBI) <███████████>
**Subject:** Key Word Search

Key Word Search.docx
Phil,

Please see attached. If you would like us to add any additional keywords for the transcript searches, feel free to let me know. Thanks.

-April

Special Agent April Floyd
FBI Charlotte/Wilmington Resident Agency
████████████████
Email: ██████████

003889