# Exhibit AA



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//FOUO) Key Word Search of Historical     **Date:** 04/23/2026
       Transcripts

**From:** CHARLOTTE
      I-05
        **Contact:** Jordan Lawrence ███████████████

**Approved By:** SIA David B Eatmon
             SSRA KRUG STEPHANIE M

**Drafted By:** Jordan Lawrence

**Case ID #:** ████████████

**Synopsis:** (U//FOUO) This EC documents a request from First Assistant Phil Aubart and SA April Floyd to conduct a key word search through 25 historical court transcripts from the 1988 Gambino trial, case number 9(S) 88 Cr. 919.

**Enclosure(s):** Enclosed are the following items:
1. (U//FOUO) Historical transcripts and email providing key words.
2. (U//FOUO) Historical transcripts and email providing key words.

**Details:**

(U//FOUO) At the request of the US Attorney's Office Eastern District of North Carolina First Assistant Phil Aubart and SA April Floyd, a key word search was conducted on 25 historical court transcripts from case number 9(S) 88 Cr. 919, US District Court - Southern District of New York vs. Giovanni Gambino, Giuseppe Gambino, Lorenzo Mannino, and Matteo Romano.

(U//FOUO) On 16 April 2026, SA April Floyd and SSRA Stephanie Krug provided direction to use the following words, provided by First Assistant Phil Aubart, to conduct the key word search:

- Eight-six
- Eighty-six

Title:  (U//FOUO) Key Word Search of Historical Transcripts
Re:  ██████████, 04/23/2026


- 8-6
- Assassinate
- fix

(U//FOUO) Upon conclusion of the key word search, the following results were found:

| Document Title | Page # | Key Word Hit | Statement | Context |
|---|---|---|---|---|
| 88 CR 919 Document 361  Part 6 April 14 1993 | 4185 | Fix | "I told them that I had fixed the outcome of some trials." | Answer to a question asked by Carnesi during cross-examination. |
| 88 CR 919 Document 361 Part 4 April 12 1993 | 3917 | Fix | "On two different occasions at two different trials I bribed jurors to fix the outcome of the verdict." | Answer a question asked by Comey. |
| 88 CR 919 Document 361 Part 5 April 13 1993 | 4033 | Fix | "Judge, the government intends to elicit from Mr. Gravano testimony to the extent that John Gambino allegedly came to him, Gravano, with an offer to help fix a case in the Eastern District where Edward Lino was a defendant." | Stated by Santangelo. |
| 88 CR 919 Document 362 Part 1 May | 5988 | Fix | "And they fix the raffle. Everything from | Stated by Comey during Comey - |

005897

Title:  (U//FOUO) Key Word Search of Historical Transcripts
Re: ███████████, 04/23/2026

| | | | | |
|---|---|---|---|---|
| 19 1993 | | | multi, multikilogram of heroin deals to having a little kid slip the ticket between his fingers so a little kid can pull it out, and we know who won the car." | Summation. |
| 88 CR 919 Document 362 Part 2 May 20 1993 | 6107 | Assassinate | "There is no proof those guns were ever used to assassinate anybody." | Stated by Carnesi during Carnesi – Summation. |
| 88 CR 919 Document 362 Part 2 May 20 1993 | 6145 | Fix | "It makes absolutely no sense. It has nothing to do with anything. They have fixed the days. They created the whole thing and they worked their way backwards, that's what this is about." | Stated by Carnesi during Carnesi – Summation. |
| 88 CR 919 Document 362 Part 3 May 21 1993 | 6248 | Fix | "…have him pour other hundreds and hundreds of photographs, so they could get a fix on the fellow, the guy introduced to him as Matteo." | Stated by Leader during Summation – Leader. |
| 88 CR 919 | 6564- | Fix | "The 20th Avenue | Stated by |

Case 4:26-cr-00016-FL-RN    Document 43-27    Filed 07/28/26    Page 4 of 5

005898

Title:  (U//FOUO) Key Word Search of Historical Transcripts
Re: ███████████, 04/23/2026

| Document 362 Part 5 May 25 1993 | 6565 | | apartment. Sure, if they found the apartment you know what they would say? We fixed it, just like Lorenzo's driveway." | Fitzgerald during Fitzgerald – summation. |
|---|---|---|---|---|

(U//FOUO) Analyst note: There were additional instances in which some of the key words were responsive in the transcripts; however, those responses were not relevant to the investigation. Those results were not documented in this EC.



005899