# Exhibit BB



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//FOUO) Key Word Search of Historical          **Date:** 04/30/2026
          Transcripts


**From:** CHARLOTTE
        I-05
        **Contact:** Jordan Lawrence, ███████████


**Approved By:** SIA David B Eatmon
           SSRA KRUG STEPHANIE M


**Drafted By:** Jordan Lawrence


**Case ID #:** ██████████████                          -


**Synopsis:** (U//FOUO) This EC documents a request from First Assistant
Phil Aubart and SA April Floyd to conduct a key word search through 36
historical court transcripts from the 1988 Gambino trial, case number
9(S) 88 Cr. 919.


**Enclosure(s):** Enclosed are the following items:
1.   (U//FOUO) Email
2.   (U//FOUO) Historical Transcripts

**Details:**

(U//FOUO) At the request of the US Attorney's Office Eastern District of
North Carolina First Assistant Phil Aubart and SA April Floyd, a key word
search was conducted on 36 historical court transcripts from case number
9(S) 88 Cr. 919, US District Court – Southern District of New York vs.
Giovanni Gambino, Giuseppe Gambino, Lorenzo Mannino, and Matteo Romano.

(U//FOUO) Analyst note: 37 historical transcripts were provided; however,
document '88 CR 919 Document 364 Part 1 February 25 1993' was unable to
be searched for the key words due to the optical character recognition
software not being applied to the document.

(U//FOUO) On 27 April 2026, SA April Floyd provided direction to use the


UNCLASSIFIED//FOUO

Title: (U//FOUO) Key Word Search of Historical Transcripts
Re: ██████████, 04/30/2026

following words, provided by First Assistant Phil Aubart, to conduct the key word search:

- Eight-six
- Eighty-six
- 8-6
- Assassinate
- fix

(U//FOUO) Upon conclusion of the key word search, the following results were found:

| Document Title | Page # | Key Word Hit | Statement | Context |
|---|---|---|---|---|
| 88 CR 919 Document 363 Part 1 April 15 1993 OCR | 4412 | Fix | "Twice he was acquitted. Once I fixed the trial." | Gravano's answer to a question asked by Mr. Cutler during cross. |
| 88 CR 919 Document 363 Part 2 April 19 1993 OCR | 4569 | Fix | "But basically, Mr. Gravano, and I'll revisit it, you never in your life from 1968 until 1991 when you called the FBI, you yourself had never fixed any fights, have you?" | Question asked by Mr. Cutler to Gravano during cross. |
| 88 CR 919 Document 367 Part 2 March 17 1993 | 3078 | Fix | "MR. COMEY: Did I fix a date for the Romano meeting yet? No. All right." | Statement made by Comey during Di Marco – direct. |
| 88 CR 919 Document 368 | 2291 | Fix | "And that's because at that | Question asked by Mr. |

Case 4:26-cr-00016-FL-RN    Document 43-28    Filed 07/28/26    Page 3 of 4

007594

Title: (U//FOUO) Key Word Search of Historical Transcripts
Re: ▮▮▮▮▮▮▮▮▮, 04/30/2026

| | | | | |
|---|---|---|---|---|
| Part 1 March 8 1993 | | | time you were able to fix a specific date, right?" | Carnsei to witness during cross. |
| 88 CR 919 Document 368 Part 1 March 8 1993 | 2291 | Fix | "Q. Let me fix it more specifically for you. 3518 K. Page 282." | Statement made by Mr. Carnsei to witness during cross. |
| 88 CR 919 Document 368 Part 1 March 8 1993 | 2295 | Assassinate | "Q. 3518 K. 295. 'Q. Did John Galatolo tell you that he had assassinated anyone?'" | Statement made by Mr. Carnsei to witness during cross. |
| 88 CR 919 Document 368 Part 4 March 11 1993 | 2798 | Fix | "A. He tried to fix the kilo. Q. And how did he try to fix this kilo?" | Answer by witness and follow-up question asked by Mr. Fitzgerald during direct. |
| 88 CR 919 Document 368 Part 4 March 11 1993 | 2812 | Fix | "A. Yeah, then the next day I asked him, I ask what happened with Matteo, and he say, don't worry and I fixed." | Answer by witness to question asked by Mr. Fitzgerald – direct. |

(U//FOUO) Analyst note: There were additional instances in which some of the key words were responsive in the transcripts; however, those responses were not relevant to the investigation. Those results were not documented in this EC.



Case 4:26-cr-00016-FL-RN    Document 43-28    Filed 07/28/26    Page 4 of 4

007595