# Exhibit FF

**Bedford Street**: During Prohibition, it is said that police would sometimes tip off the bar before a raid, prompting the bartender to yell "86!", signaling patrons to flee through the 86 Bedford Street exit while officers entered through a different door. Ⓦ Wikipedia +2

### 3. Radio Codes

Standard police radio codes (ten-codes) use "86" differently depending on the jurisdiction: 🔗

- **10-86**: Frequently means "**Any radio traffic?**". In other departments, it can mean "**Personnel in area**", "**Fire**", or "**Larceny**".

- **11-86**: In some agencies, this specifically denotes a "**Special detail**". Ⓦ Wikipedia +4

### 4. Tactical Jargon and Recent Legal Controversy

The term has faced intense scrutiny in early 2026 due to the <u>indictment of former FBI Director James Comey</u>. 🔗

- **The Case**: Comey was charged with making a criminal threat after posting a photo of seashells spelling "**86 47**".

- **DOJ Argument**: Prosecutors argue that "86" is utilized in certain law enforcement and organized crime circles as a <u>coded term for assassination</u> or "eliminating" a target. They allege "86 47" was a specific hit or threat against the 47th President.

- **Expert Dispute**: Many career law enforcement officials, including former FBI agents, have publicly disputed this, stating they <u>never heard "86" used for murder</u> in 35+ years of duty, considering it purely a restaurant or bar term for removal. 📷 Instagram +6

Would you like to see a list of the **ten-codes** for a specific city's police department to see how they use 86?

AI can make mistakes, so double-check responses

Ask anything

+

---

**21 sites**

**86 (term) - Wikipedia**
86 (term) ... Eighty-six or 86 is American English slang originating in the hospitality...
Ⓦ Wikipedia

**Ask George: Where Does the Term "86'd" Come From?**
Dec 17, 2025 — When the heat showed up, guests were known to 86 it, or remove...
St. Louis Magazine

**What Are the Origins and Meaning of '86'? - History.com**
May 19, 2025 — What Are the Origins and Meaning of '86'? This slang term dates bac...
History.com

Show all

007580