# Exhibit HH

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication



**Title:** (U) Social Media Account Queries          **Date:** 05/07/2026

**From:** CHARLOTTE
      I-05
      **Contact:** Hanna Claire Olson, ██████████

**Approved By:** SIA David B Eatmon
             SSRA KRUG STEPHANIE M

**Drafted By:** Hanna Claire Olson
           Jordan Lawrence

**Case ID #:** ██████████████

**Synopsis:** (U) This EC documents a request from United States Attorney W. Ellis Boyle to FBI Charlotte SAC Reid Davis to conduct open source queries on social media accounts associated with James Comey and Patrice Comey to identify if the key word "86" was utilized by the account holder on any associated social media platforms.

**Enclosure(s):** Enclosed are the following items:
1. (U) Social media account screenshots
2. (U) Social media account screenshots
3. (U) Social media account screenshots
4. (U) Social media account screenshots
5. (U) Social media account screenshots
6. (U) Social media account screenshots
7. (U) Social media account screenshots
8. (U) Social media account screenshots
9. (U) Social media account screenshots

**Details:**

(U) At the request of United States Attorney W. Ellis Boyle to FBI Charlotte SAC Reid Davis, writers conducted open source queries on social media accounts associated with James Comey and Patrice Comey ██████████ to identify if the key word "86" was utilized by the account holder on any

UNCLASSIFIED

Title:  (U) Social Media Account Queries
Re:  ██████████, 05/07/2026


associated social media platforms. The open source queries were conducted on 6 May 2026.

**(U) Instagram:**

(U) An Instagram query of "Patrice Comey" and ███████████████ revealed negative results.

(U) A review of Instagram account comey revealed the following:

- The account username was "comey" and had approximately 198k Followers, 2 Following, and 293 Posts. Posts/captions Present – January 2024 were reviewed, and the 'Comment' function on the majority of posts was disabled.
- The most recent post on the account was 7 days ago (28 April 2026; no timestamp available) featuring a video of Comey acknowledging the current criminal proceedings for his previous Instagram post. The caption stated, "Seashells."
  ◦ Post contained 7,109 likes, 408 reposts, and 405 shares.
- A post was identified from 15 May 2025 (no timestamp available) featuring a photo of the FDR Drive book with a synopsis. The caption stated, "Nice thing from Publishers Weekly."
  ◦ Post contained 548 likes, 2 reposts, and 33 shares.
- A post was identified from 15 May 2025 (no timestamp available) featuring a photo of a statement regarding the seashell post.
  ◦ Post contained 4,145 likes, 12 reposts, and 2,036 shares.
- Upon review of the photos/videos and captions posted by the user of the Instagram account, Present – January 2024, revealed no reference to the term "86."

007609

Title: (U) Social Media Account Queries
Re: ███████████  05/07/2026





Case 4:26-cr-00016-FL-RN    Document 43-34    Filed 07/28/26    Page 4 of 15

007610

Title: (U) Social Media Account Queries
Re: ██████████  05/07/2026



♡ 7,109   ⟲ 408   ▽ 405          ▢

**comey** Seashells

007611

Title: (U) Social Media Account Queries
Re: ███████████, 05/07/2026

 **comey** ✔
May 15, 2025







⭐**FDR Drive**

James Comey. Mysterious Press, $30 (336p) ISBN 978-1-6131-6644-4

Former FBI director Comey (*Westport*) reunites the protagonists of his first two legal thrillers for his strongest outing yet. U.S. attorney Carmen Garcia is trying to take down Samuel Buchanan, a far-right media personality with a popular podcast vilifying those he thinks are destroying America: intellectuals, immigrants, and people of color. Garcia believes Buchanan went far beyond the protection of the First Amendment when he singled out his enemies by name and suggested "something should be done" about them. His fans have obliged, killing or grievously injuring some of his foes. In a series of tense and exhilarating courtroom scenes, Garcia works with Deputy U.S. Attorney Nora Carleton to bring Buchanan down. Then, just as they've convicted him, a new threat emerges: some of his followers have planned an act of terror at an upcoming UN convention. Comey's ripped-from-the-headlines plot—which, with its focus on Nora's hand-wringing about following legal and constitutional protocol, is easy to read as a bit of self-reflection—never loses steam. This proves that Comey the crime novelist is here to stay. *Agent: Kirby Kim, Janklow & Nesbit Assoc. (May)*

DETAILS  <

♡ 548   ⇄ 2   ▽ 33

🔖

**comey** Nice thing from Publishers Weekly

007612

Title:  (U) Social Media Account Queries
Re:     ▮▮▮▮▮▮▮▮▮▮, 05/07/2026



I posted earlier a picture of some shells I saw today on a beach walk, which I assumed were a political message. I didn't realize some folks associate those numbers with violence. It never occurred to me but I oppose violence of any kind so I took the post down.



♡ 4,145   ↻ 12   ▽ 2,036          🔖

## (U) X (formerly known as Twitter):

(U) An X query of "Patrice Comey" and "▮▮▮▮▮▮▮▮▮▮ revealed negative results.

(U) A review of X account @comey revealed the following:

- The account username was "@comey" and had approximately 1.1 million Followers and 31 Following. The account was created in February 2014. Posts/captions from Present – January 2024 were reviewed, and the 'reply' function on the majority of posts for the account was either disabled or limited.
- The most recent post made by the account was on 10 June 2025 at 1:03 PM. The post was a photo of the book entitled 'FDR Drive' on Amazon Editors' choice for 'Best Books of 2025 So Far.'
- A post on 15 May 2025 at 5:29 PM featured a photo of the FDR Drive book with a synopsis. The caption stated "Nice from Publishers Weekly. Out Tuesday May 20."
  - Post contained 1.3 million views, 451 likes, 1,052 quotes, 104 reposts, and 92 bookmarks.

007613

Title:  (U) Social Media Account Queries
Re:  ████████████, 05/07/2026

- Upon review of the photos/videos and captions posted by the user of the X account, Present – January 2024, revealed no reference to the term "86."

Title: (U) Social Media Account Queries
Re: ███████████, 05/07/2026



**Follow**

# James Comey ✔

@Comey

Author of legal thrillers (latest, FDR Drive, out May 20th). Husband, father, pop. Lawyer, teacher, speaker. Taller and funnier in person.

🔗 JamesComeyBooks.com

🗓 Joined February 2014 ›

**31** Following **1.1M** Followers

Not followed by anyone you're following

| Posts | Replies | Media |
|---|---|---|

**James Comey** ✔ @Comey · 10 Jun 25



Case 4:26-cr-00016-FL-RN      Document 43-34      Filed 07/28/26      Page 9 of 15

007615

Title:  (U) Social Media Account Queries
Re:  ███████████,  05/07/2026



**(U)  Facebook:**

(U)  A Facebook query of "Patrice Comey" and ████████████████  revealed

Title:  (U) Social Media Account Queries
Re:  ████████████, 05/07/2026

negative results.

(U) A review of Facebook accounts with the display name "James Comey" revealed the following:

- The display name was listed as "James Comey." Account information revealed 6 friends and 76 posts. URL:

**Redacted**

- The most recent post was on 27 April 2026 featured a video with the caption 'Doing grandparent things.'
- A limited number of posts were publicly available for review on the profile as it appears to be a partially restricted account. The end of the feed stated, "Add James as a friend to see more of his posts."
- Upon review of the photos/videos and captions posted by the user of the Facebook account, Present - January 2024, revealed no reference to the term "86."

007617

Title:  (U) Social Media Account Queries
Re:  ██████████, 05/07/2026



**James Comey**
6 friends · 76 posts

Husband, father, grandfather(!), and author of "Central Park West" **JamesComeyBooks.com**



All    Photos    Reels

**Friends**                                    See all



**James Comey**
Apr 27 · 🌐

Doing grandparent things.



007618

Title: (U) Social Media Account Queries
Re: ████████████, 05/07/2026

---

<        **James Comey**

⚐ Report profile

♡ Help James

👤⊘ Block

🔍 Search

↱ Share profile

**James Comey's profile link**

James Comey's personalized link on Facebook.

## Redacted

Copy link

---

007619

Title: (U) Social Media Account Queries
Re: ███████████, 05/07/2026

James Comey ⟨ 🔍 •••

All Photos Reels

↪ Share

**James Comey** updated his profile picture. •••
Nov 8, 2022 · 🌐



👍 1                                           3 shares

↪ Share

Add James as a friend to see more of his posts.

[*Analyst Note*: The contents of this EC are not an exhaustive list of information on the Internet due to the expansiveness of information. They are limited in scope to the use of the terms and context requested. Of the information reviewed on social media, the term '86' was not referenced on the photos/videos and captions posted by the user(s) of these accounts for the date range specified.]

Title:  (U) Social Media Account Queries
Re:  ██████████ , 05/07/2026

◆◆

007621