# Exhibit KK

 

## Defense Discovery Requests-Page 3 (6) and (7)



**From** Floyd, April Burns (CE) (FBI) <​█████████​>
**Date** Thu 6/11/2026 2:37 PM
**To** Aubart, Philip (USANCE) <​███████████████​>; Severo, Tim (USANCE) <​████████████​>
**Cc** Krug, Stephanie M. (CE) (FBI) <​████████​>; Zaytoun, Mariane Ghazaleh (CE) (FBI)
<​██████████████​>

Phil/Tim,

Regarding Mr. Fitzgerald's discovery requests, specifically the request enumerated on page 3 (6) and (7), I was advised of the following by BAU. The FBI's Communicated Threat Assessment Database ("CTAD") is an extremely old database that was, when it existed, housed by BAU; however, the FBI/BAU stopped using the database in 2012. In 2012, the dataset that existed in CTAD was transferred to a system called the Communicated Threats Database. BAU does not maintain this database; rather, the Questioned Documents Unit (within the FBI Laboratory) maintains the database. The CTAD and now CTD database was/is not an inclusive database, meaning, the documents that were/are housed in those databases only contain what FBI case agents sent/send to BAU and the Questioned Document unit for analysis. Additionally, other agencies had/have the ability to submit documents to CTAD/CTD.

-April

Special Agent April Floyd
FBI Charlotte/Wilmington Resident Agency
Cell: ██████████
Email: ███████████