# Exhibit NN



**This is an official communication from Amazon.**

Certificate of Authenticity

CRIM1516431 2026 DS (External Case No. 4:26 CR 16 1 FL)

I, Shane Cox, declare as follows:

1. I am an employee of Amazon, Inc. ("Amazon"). I make this declaration based on personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify as set forth below.

2. Amazon produced documents responsive to the above-referenced law enforcement request.

3. All documents produced by Amazon are authentic, are what they purport to be, and accurately describe the transactions, communications, and events set forth therein.

4. All documents produced by Amazon are business records in that they are (i) records kept in the ordinary course of business; (ii) created at or near the time of the transactions or events reflected therein, or based on information from a person with knowledge of the transaction or events; and (iii) kept as a part of a regular business activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/25/2026, at Seattle, Washington.

Shane Cox

Law Enforcement Response Specialist

Amazon.com, Inc.

NOTICE: *This communication, including any attachments, may contain confidential and/or proprietary information and is intended solely for the designated recipient(s). If you are not the intended recipient or believe you have received this message in error, please notify the sender immediately by reply email, then delete this message and any copies. Do not print, copy, distribute, or otherwise use this communication or its contents.*



**This is an official communication from Amazon.**

Certificate of Authenticity

CRIM1516431 2026 DS (External Case No. 4:26 CR 16 1 FL)

Amazon has processed the above-referenced request for Exhibit A number (3) and, based on a reasonably diligent search of available records going back to January 1, 2017, we did not locate any responsive information:

Any records of any federal government inquiries to Amazon or actions taken by the federal government with regard to the sale of such merchandise (e.g, grand jury or trial subpoenas; any attempt to enjoin sales; etc.) and, if so, the dates of such inquiries and the identity of the government agency (i.e., FBI, DOJ, or US Secret Service) (NOTE: Those records should be anonymized so as not to indicate the identifying information of the person or entity who information was being sought.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/27/2026, at Seattle, Washington.

Shane Cox

Law Enforcement Response Specialist

Amazon.com, Inc.

NOTICE: *This communication, including any attachments, may contain confidential and/or proprietary information and is intended solely for the designated recipient(s). If you are not the intended recipient or believe you have received this message in error, please notify the sender immediately by reply email, then delete this message and any copies. Do not print, copy, distribute, or otherwise use this communication or its contents.*