# Exhibit OO

From: **Severo, Tim (USANCE)** <Tim.Severo@usdoj.gov>
Date: Wed, Jun 3, 2026 at 10:14 AM
Subject: Comey
To: Patrick Fitzgerald <patrickjfitzgeraldlawoffice@gmail.com>, Aubart, Philip (USANCE)
<Philip.Aubart@usdoj.gov>
Cc: Joseph Zeszotarski <jzeszotarski@ghz-law.com>


Dear Mr. Fitzgerld

     We are in receipt of your email of June 1, 2026. The Government has taken the following steps concerning the Fractal Conversations  (bates numbers 007357-007359 and 007425-007430) that you brought to our attentions in your email.  Without conceding these materials are in fact protected by the attorney client privilege, we have purged the text communications from our server and notified the FBI to do the same. We are in the process of conducting an internal review to determine what if any other steps our office should undertake. We will communicate with you once we have completed this process. Additionally, we request that you provide a privilege log of all of the materials you believe are privileged in the iCloud returns from the relevant one week timeframe in May 2025.

     With regards to potential *Franks* issues regarding the search warrants, if you wish to discuss any particular statements or materials, please let us know. Concerning the Google search warrant, we welcome your input on a reasonable filter protocol to review the items for any potential attorney-client privilege materials.


Timothy Severo

Assistant United States Attorney

Eastern District of North Carolina

From: **Severo, Tim (USANCE)** <Tim.Severo@usdoj.gov>
Date: Fri, Jun 5, 2026 at 12:45 PM
Subject: Comey
To: patrickjfitzgeraldlawoffice@gmail.com <patrickjfitzgeraldlawoffice@gmail.com>
Cc: Dodson, Robert (USANCE) <Robert.Dodson@usdoj.gov>, Joseph Zeszotarski <jzeszotarski@ghz-law.com>, Aubart, Philip (USANCE) <Philip.Aubart@usdoj.gov>

Pat,

We acknowledge your preservation request. The communications or their contents were not presented to or discussed with the Grand Jury. The Indictment was approved and obtained before the agents or prosecutors had access to the communications or their contents. SA April Floyd and SSRA Stephanie Krug have reviewed the communications. Matthew Petracca, Phil Aubart, and myself have reviewed the communications. The filter agent is SA Kelly Kucala. We have a filter AUSA, but he has not reviewed any materials.

We have not yet received a production from Google. When that production comes in, it will go to the FBI filter agent, not members of the investigative team. Since we obtained that warrant post-indictment, no filter protocols have been proposed or discussed with the court as our plan was to come to an agreed protocol with the Defense. We agree not to review until we reach an agreement or the court adjudicates.

Happy to talk next week regarding the filter process. Our thought is to agree on search terms to automate identifying presumptively privileged materials versus non-privileged material. Then, have you file a privilege log and send the presumptively privileged material to the Court for an *in camera* review, and release what you aren't claiming to be privileged to the prosecution team.

Timothy Severo

Assistant United States Attorney

Eastern District of North Carolina