# Exhibit PP

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION



Date of entry __04/21/2026__

Jamie Marcella (Marcella), an Assistant to the Special Agent in Charge (ATSAIC) with the United States Secret Service (USSS), who was assigned to the USSS Training Center, telephone number of ▓▓▓▓▓▓ was interviewed on 04/20/2026. FBI SA April Floyd interviewed Marcella over the telephone. The interview began at approximately 11:32am. **(Writer's Note: Marcella was present for the in-person interview of James Comey (Comey) that the USSS conducted on 05/16/2025, was present for the telephonic interview of Patrice Comey (Patrice) that the USSS conducted on 05/17/2025, telephonically contacted ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, on 05/17/2025, and emailed Comey's attorney, David Kelley (Kelley), on 05/23/2025 and requested, among other items, the actual image Comey took of the seashells with his cellular device that was posted on Instagram on 05/15/2025.)** After being advised of the identity of the interviewing agent and the nature of the interview, Marcella provided the following information:

**(Writer's Note: Below is an interview summary. It is not intended to be a verbatim account and does not memorialize all the statements made during the interview.)**

When Comey posted the "86 47" post to Instagram on 05/15/2025, Marcella was the ATSAIC/supervisor of the USSS' Protective Intelligence Squad at the Washington Field Office (WFO). According to Marcella, if information was received by the USSS about a subject threatening a protectee and/or a subject showing an unusual interest in a protectee, the Protective Intelligence Division (PID) analyzed the threat or unusual interest and decided if the situation warranted additional investigation. **(Writer's Note: PID was also referred to as the Protective Intelligence and Assessment Division in the interview.)** According to Marcella, PID could assign/task the USSS Field Office (FO) that was located closest to where the subject resided to investigate the matter, or if the local FO was made aware of the matter by means other than being notified by PID, the local FO could elect to handle the investigation and notify PID of the FO's findings. In the case of the investigation of the "86 47" post made by Comey, PID initiated the investigation, and Marcella took the lead as it related to coordinating/conducting the required interviews.

---

Investigation on __04/20/2026__ at Wilmington, North Carolina, United States (In Person)

File # ▓▓▓▓▓▓▓▓     Date drafted __04/20/2026__

by SA APRIL FLOYD

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

███████████

Continuation of FD-302 of ███████ (U) Interview of USSS ATSAIC Jamie Marcella RE: Comey Interview, Kelley Email, ETC-04/20/2026 , On 04/20/2026 , Page 2 of 2

USSS ATSAIC, ███████████████, was the acting supervisor for the WFO duty desk on the evening of 05/15/2025, and because of that, Marcella thought ███ was tasked with contacting Comey to set up an interview that evening. Marcella was not sure but thought when ███ called Comey, that Comey did not answer ███ initial call, so ███ left Comey a voicemail message instructing Comey to call the USSS' WFO. Marcella thought ███ reached out to Comey at approximately 2100hrs.

Marcella recalled that during the in-person interview of Comey conducted by the USSS on 05/16/2025, there was a discussion whereby investigators made Comey and Kelley aware that they wanted Comey/Kelley to provide various items; however, Marcella could not recall if, during the interview, Comey/Kelley were specifically asked for the actual image Comey captured of the seashells that he later posted to his Instagram account. **(Writer's Note: During the interview with SA Floyd, Marcella located and opened the email he sent to Kelley on 05/23/2025.)** Marcella felt that it was "implied" in his email to Kelley that he wanted the actual image of the seashells and not a screenshot of the image of the seashells because Marcella specifically requested screenshots of additional items in that same email. If Marcella wanted a screenshot of the image of the seashells, he would have asked for a screenshot instead of asking for "the photograph taken on the beach of the seashells." Marcella did not know if anyone else with USSS followed up and asked Kelley for the actual image of the seashells, but he did not do so. According to Marcella, as part of the standard preamble that was provided to individuals prior to the commencement of in-person interviews by USSS Special Agents, Comey was instructed/reminded it was a crime to lie to Federal Agents. Since Patrice's interview was conducted telephonically, she was not provided with the standard preamble, which included that it was a crime to lie to Federal Agents.

**(Writer's Note: The email Marcella sent to Kelley on 05/23/2025, Kelley's response, which appeared in red font and was sent to Marcella on 05/23/2025, and the attachments Kelley included with his response on 05/23/2025, were included in the 1A section of this report as a digital attachment. Agent handwritten notes were included in the 1A section of this report as a digital and physical attachment.)**

The interview concluded at approximately 11:49am.