# Exhibit QQ

| | |
|---|---|
| **From:** | JAMIE MARCELLA (WFO) |
| **To:** | JORDAN LUX (PID) |
| **Subject:** | FW: Document request |
| **Date:** | Friday, May 23, 2025 2:40:23 PM |
| **Attachments:** | IMG_6938.jpg |
| | IMG_6940.jpg |
| | IMG_6941.jpg |
| | Screenshot 2025-05-15 at 3.12.00 PM.JPEG |
| | IMG_6894.PNG |
| | IMG_6895.PNG |
| | IMG_6893.PNG |
| | Comey SSF 1945.PDF |

USSS - Standard Sensitive Info

Jordan, please see below and attached documents to be uploaded to PTMS.  I assume R1 will need to be notified of the updates, do you do that?
Thank you

**From:** Kelley, David N. <█████████████>
**Sent:** Friday, May 23, 2025 2:29 PM
**To:** JAMIE MARCELLA (WFO) <█████████████████>
**Subject:** RE: Document request

> You don't often get email from █████████. Learn why this is important

Please see below and the attached.

**From:** JAMIE MARCELLA (WFO) <████████████████>
**Sent:** Friday, May 23, 2025 9:53 AM
**To:** Kelley, David N. <██████████████>
**Subject:** Document request

Hi David,
My first email attempt got kicked back to me, am trying again:

I'm sorry I missed your call this morning. We are requesting the following documents, you can reply to this email address with any/all that you are willing to provide:

-the photograph taken on the beach of the seashells – see attached

-screenshots of any text conversations related to the seashell photograph
I have attached screenshots of texts Mr. Comey received from his wife, Patrice, one on the afternoon of May 15 and the other after he took the post down.  I understand that he had not other text conversations related to the posting of the photograph until the matter became public that night and after he had taken the post down.  These texts were expressions of support from the general public.
-any instagram posts related to the seashell photograph
There are two photos of the Instagram post as I understand Mr. Comey had trouble

<span style="color:red">formatting one for the Instagram post. The second post and a photo of the seashells is also attached.</span>

-the signed SSF 1945, Release of Medical and Mental Health records
<span style="color:red">See attached</span>

Please let me know if you have any questions,
Thank you very much

Jamie Marcella
Assistant to the Special Agent in Charge
Department of Homeland Security / U.S. Secret Service
Washington Field Office

012449