UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:26-CR-16-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER EXTENDING TIME FOR FILING PRETRIAL MOTIONS TO COMPEL DISCOVERY** |
| JAMES BRIEN COMEY, JR. | |

This matter comes before the court upon defendant's unopposed motion to extend time for filing pretrial motions to compel discovery and to exclude time resulting from the continuance from the speedy trial computation under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(7)(a). For good cause shown, the motion is GRANTED, and it is hereby ORDERED:

1.     The Government shall provide the defense with a final position on all current outstanding discovery requests by close of business on August 4, 2026;

2.     The defense shall file any motion to compel discovery concerning items on which agreement is not reached on or before August 18, 2026; and

3.     The time period resulting from the granting of this continuance shall be excluded from Speedy Trial Act calculations because the Court finds that the ends of justice served by the requested continuance outweigh the best interest of the public

and the defendant in a speedy trial. The Court makes these findings in light of the gravity of the charges and the need for the defendant to raise any issues concerning discovery in order to prepare his defense. The Court notes that the government and defense both consent to such exclusion.

SO ORDERED, this 29th day of    July,   2026.

_____
LOUISE W. FLANAGAN
United States District Judge

2