IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Case No.: 4:26-cr-00016-FL-RN |
| | ) | |
| James B. Comey, Jr., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JAMES B. COMEY JR.'S MOTION FOR LEAVE TO FILE MANUALLY
SEALED EXHIBITS TO AFFIDAVIT OF PATRICK J. FITZGERALD**

James B. Comey, Jr., by and through undersigned counsel, and pursuant to Section V.A of

the Electronic Case Filing Administrative Policies and Procedures Manual ("Policy Manual") and

Local Criminal Rule 49.1(a), respectfully moves this Court for leave to file manually, under seal,

two exhibits to the Affidavit of Patrick J. Fitzgerald, filed in support of Defendant's Motion to

Dismiss Indictment for Vindictive and Selective Prosecution, Motion to Suppress and for *Franks*

Hearing, and Motion for Disclosure of Grand Jury Proceedings.  *See* Dkts. 43, 44, 45.  Mr. Comey

seeks to file manually the following two Exhibits under seal.

- **Exhibit O:** Audio recording of April 13, 2026 interview

- **Exhibit JJ:** Audio recording of May 13, 2026 interview

The foregoing Exhibits are audio recordings in .mp3 format.  Due to the file size of each

recording, these Exhibits cannot be filed electronically through the Court's CM/ECF system.  *See*

Policy Manual § V.A.2(b).

The Exhibits were produced to Mr. Comey by the government at Bates Nos. M10 and M12,

respectively.  The government has been notified of Defendant's intention to file this Motion, and

a copy of the sealed Exhibits has been served on the government by e-mail pursuant to Local Rule 49.1(f)(3).

Accordingly, Mr. Comey respectfully requests that the Court grant leave to file the two sealed Exhibits manually via flash drive, and has attached a Proposed Order granting this Motion as Exhibit A.

Dated: July 29, 2026

Respectfully submitted,

JAMES B. COMEY, JR.
By Counsel

*/s/ Joseph Zeszotarski*
Joseph Zeszotarski
(N.C. Bar No. 21310)
Gammon & Zeszotarski, PLLC
P.O. Box 1127
Raleigh, NC 27602
Telephone: 919-521-5878
jzeszotarski@ghz-law.com

*Local Rule 57.1 Counsel for Defendant*

Patrick J. Fitzgerald*
(Mich. Bar No. P86579)
P.O. Box 277
New Buffalo, MI 49177
Telephone: (312) 758-4454
patrickjfitzgeraldlawoffice@gmail.com

*/s/ Ephraim A. McDowell*
Ephraim A. McDowell*
(D.C. Bar No. 1631429)
Alexander J. Kasner*
(Cal. Bar No. 310637)
Elias S. Kim*
(D.C. Bar No. 1673678)
Dev P. Ranjan*
(D.C. Bar No. 90019329)
COOLEY LLP

1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
emcdowell@cooley.com
akasner@cooley.com
ekim@cooley.com
dranjan@cooley.com

Rebekah Donaleski*
(N.Y. Bar No. 4986246)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
rdonaleski@cooley.com

Michael R. Dreeben*
(D.C. Bar No. 370576)
600 New Jersey Ave. NW
Washington, DC 20001
Telephone: (202) 695-2562

*Special Appearance pursuant to Local Criminal Rule 57.1(e)

Counsel for Defendant James B. Comey, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 29th day of July, 2026, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/   Ephraim A. McDowell
Ephraim A. McDowell
*Counsel for Defendant James B. Comey, Jr.*