| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) |
| | )     Case No.: 4:26-CR-00016-FL-RN |
| James B. Comey, Jr., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER ON MOTION FOR LEAVE TO FILE MANUALLY
### SEALED EXHIBITS TO AFFIDAVIT OF PATRICK J. FITZGERALD

This matter is before the Court on Defendant's motion for leave to file manually two sealed exhibits to the Court by flash drive. For good cause shown, the motion is hereby GRANTED.

IT IS FURTHER ORDERED that within seven (7) days, Defendant shall manually file the sealed Exhibits set forth in his motion.

SO ORDERED.

This, the 31st day of July, 2026

 

LOUISE W. FLANAGAN
United States District Judge