IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: 4:26-CR-00016-1-FL-RN |
| James B. Comey, Jr., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER ON MOTION TO SEAL DOCUMENT NUMBER 41**

This matter is before the Court on Defendant's motion to seal Docket Entry Number 41 in

this matter. For good cause shown, the motion is GRANTED and Docket Entry Number 41 is

sealed until further order of this Court.

SO ORDERED.

This, the 3rd day of August, 2026

LOUISE W. FLANAGAN
United States District Judge