UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:26-CR-00016-FL-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Exhibit Index** |
| | ) | |
| JAMES BRIEN COMEY, JR. | ) | |

| Exhibit No. | Description |
|---|---|
| 1 | James Comey FDR Drive, *Publishers Weekly* |
| 2 | James Comey, FDR Drive, Mysterious Press, pages 61-66 |
| 3 | James Comey, FDR Drive, Mysterious Press, pages 217-221 |
| 4 | Photo of  shell message with his phone at 1:56 pm Bates no. 12992 |
| 5 | U.S. English slang for 86 |
| 6 | Cassell Dictionary of Slang 2d Edition |
| 7 | Cassell Dictionary of Slang - 86 Term |
| 8 | Text Exchange |
| 9 | Defendant's Text Exchange |
| 10 | Publishing Agent and Defendant's Text Exchange |
| 11 | The Tonight Show with Stephen Colbert – Manual Filing |