
4:05
82
Emerald Isle
Thursday 1:56 PM
All Photos
8647