Patrice
[redacted]

Thu, May 15 at 3:12 PM

J.S. English slang, "86" means **to**
**t rid of or to refuse service**. It's
:en used in restaurants and bars tc
licate that an item is out of stock (
bar a customer from being
rved.