
5:57
18
PC
Patrice
Thursday 4:52 PM
I have held my tongue for a long time, but I just can't do it anymore. You guys have really gone off the deep end over the years with your TDS. "86 47" is a call for violence no matter how you spin it. You should be ashamed of yourselves. I am thoroughly embarrassed to have ever defended the absolute coward that is your husband. You and Jim are some of the least accepting, most hypocritical people I've had the displeasure of knowing. I hope Jim goes to jail for his crimes.
Amazon.com
https://www.amazon.com
6 47 Anti Trump Funny T-Shirt
means to eject, bar, kick out or impeach
meone. Wear this anti-Trump design to protes
n. What does 8647 mean? Remove Trump!...
So sorry that you are misunderstanding that some people think Trump is a bad President. There is no call for violence.
iMessage