## Conversation: +[redacted]

### Messages

Message 5 of 12

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Message 9 of 12

Thanks for sending those. Really insane although Secret Service was very kind and professional with me. They are in a tough spot. This is provoking me to be more vocal, which I will start next week in NYC (including a return to Colbert).

Outgoing Message sent by [redacted])

Sent: 2025-05-17 15:11:02 (UTC)

Message ID: [redacted]

[redacted]

[redacted]

[redacted]

[redacted]