[redacted]

[redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted]

## Group

[redacted] [redacted] [redacted]

**Members**

| Name (Actor ID) | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|
| [redacted] | [redacted] | | | 4 |
| [redacted] | | | | 5 |

**Messages**

Message 1 of 9

Haha, well it's a very winning interview and as for the hate, I'm hoping it's less forgetting and more processing. That's more lasting 😉

Incoming Message sent by [redacted]
Sent: 2025-05-17 20:29:14 (UTC)
Message ID: [redacted]

Message 2 of 9

Someone flagged this to me with the comment that the left appears to have forgotten how much they hate me. 🙄

Outgoing Message sent by [redacted]
Sent: 2025-05-17 17:10:47 (UTC)
Message ID: [redacted]

Message 3 of 9

*[No Message Content]*

Outgoing Message sent by [redacted]
Sent: 2025-05-17 17:10:47 (UTC)
Message ID: [redacted]

Message 4 of 9

Music to an agent's ears

Incoming Message sent by [redacted]
Sent: 2025-05-16 16:24:31 (UTC)
Message ID: [redacted]

## Conversation: +19176931893

**Messages**

Message 5 of 9

Not my intention, but I'll be OK if it sells books.

Outgoing Message sent by [redacted]
Sent: 2025-05-16 16:23:58 (UTC)
Message ID: [redacted]

Message 6 of 9

Also on the bright side you've gone viral!

Incoming Message sent by +[redacted]
Sent: 2025-05-16 16:23:30 (UTC)
Message ID[redacted]

Message 7 of 9

Liked "Thanks, it is truly crazy. But I'm not speaking to any media."

Incoming Message sent by [redacted]
Sent: 2025-05-16 16:23:17 (UTC)
Message ID: [redacted]

Message 8 of 9

Thanks, it is truly crazy. But I'm not speaking to any media.

Outgoing Message sent by [redacted]
Sent: 2025-05-16 16:20:52 (UTC)
Message ID[redacted]

Message 9 of 9

Hey Jim, I'm sure you're dealing with a lot of BS right now. I have a message from ABC which I'll forward to you. Let me know if I can be of assistance.

Incoming Message sent by [redacted]
Sent: 2025-05-16 16:20:15 (UTC)
Message [redacted]