
NEW YORK TIMES BESTSELLING AUTHOR
JAMES
COMEY
FDR DRIVE
A CRIME NOVEL
"An expert storyteller."—MICHAEL CONNELLY



EXHIBIT 2

*To the people of SDNY, past and present,*
*who are an enduring force for good*

FDR DRIVE

Mysterious Press
An Imprint of Penzler Publishers
58 Warren Street
New York, N.Y. 10007

Copyright © 2025 by James Comey

First Mysterious Press edition

Interior design by Maria Fernandez

All rights reserved. No part of this book may be reproduced in whole or in part without written permission from the publisher, except by reviewers who may quote brief excerpts in connection with a review in a newspaper, magazine, or electronic publication; nor may any part of this book be reproduced, stored in a retrieval system, or transmitted in any form or by any means electronic, mechanical, photocopying, recording, or other, or used to train generative artificial intelligence (AI) technologies, without written permission from the publisher.

Library of Congress Control Number: 2024950315

ISBN: 978-1-61316-644-4
eBook ISBN: 978-1-61316-645-1

10 9 8 7 6 5 4 3 2 1

Printed in the United States of America
Distributed by W. W. Norton & Company



EXHIBIT 2

"I agree," Nora said, "but charge him with what?"

"I think we go with hate crimes conspiracy, 18 U.S.C. 249."

"Explain," Nora said.

"It's a crime to agree with others to hurt or kill someone because of their actual or perceived race, religion, national origin, gender, sexual orientation, gender identity, or disability."

"Yes, I know *that,*" Nora said patiently. "Explain how we would *make* a 249 case against some dude screaming into a microphone in his Gramercy apartment."

Sean looked embarrassed but went on. "He verbally attacks every victim because of who they are. All our victims fit in one of those boxes. It's all about retaliation for their identities."

"Got it," Nora replied. "And what's our proof that he knows he has entered into an unlawful agreement with his followers to hurt or kill people? Or even that he has induced someone to do it? That is, what's the evidence that he *intends* them to attack the people he criticizes and do it because of his words?"

"That's where we're a little thin," Sean said quietly.

"Oh, so only on that tiny part?" Nora said, not bothering to conceal the sarcasm.

"But I've got an idea," Sean said, going to the whiteboard and writing Buchanan's name before turning back to face them. "Seems strange to say, but the Blind Sheikh case was easier because they could prove the sheikh knew when he gave his blessing that his followers were planning to wage war on America and kill people. They told him what they wanted to do and he said, basically, 'Go with God's blessing.' FBI got a lot of it on tape. He also knew the identity of his key conspirators, because they were the ones coming to see him to get his blessing."


EXHIBIT 2

Benny scoffed. "I always thought that was a ballsy case, back in the day. Least that's the way the old heads talked about it. Now it sounds like a bit of a dunk."

"Not a dunk, for sure," Sean said, "but they had more of the traditional kind of proof than we do. We're in the age of what academics call 'stochastic terrorism'—statistically predictable, but individually unpredictable."

"Lost me," Benny said.

Sean nodded. "It's where a charismatic leader jacks people up but, through the wonder of the internet, avoids a direct connection to what comes next. *Stochastic* is a term from statistics that means you can estimate the likelihood of something happening, even if you can't predict who will do it and when and where."

Jessica lifted her hand. "So it's like when King Henry II got Thomas Becket killed simply by saying, 'Will no one rid me of this meddlesome priest?'"

Benny laughed. "Okay, now we're just makin' shit up. Kings? Priests? Stop. You guys have been drinking that Stolichnaya stuff."

Sean smiled. "*Stochastic*, Benny. Definitely not vodka. And Jessica is spot on. But the fuller story of Henry II and Becket is closer to where I think we actually are. A thousand years ago, Thomas Becket was the Archbishop of Canterbury—the head of what was then the Catholic church in England; this was hundreds of years before Henry VIII created the Church of England so he could get divorced. Anyhow, Becket and the king fought over all kinds of stuff. Got really ugly. I will spare you the details—"

"Which you know how?" Benny interrupted.

"Because I had an excellent Catholic education, thanks to the Jesuits at Regis. But I had to go look up the part I want to read you—what

Case 4:26-cr-00016-FL-RN Document 55-3 Filed 08/18/26 Page 4 of 8
EXHIBIT 2

Henry *actually* said in front of his knights, after which they ran off and killed the Archbishop."

Sean looked down at his notes: "Nobody was taping stuff on iPhones in 1170, but the most reliable version is that King Henry looked at his knights and actually said, 'What miserable drones and traitors have I nurtured and promoted in my household who let their lord be treated with such shameful contempt by a low-born clerk!' And the famous part was added about four hundred years later: Will none of these lazy insignificant persons, whom I maintain, deliver me from this turbulent priest?'"

Benny snorted. "So of course they go whack the guy. To the knights on his payroll, he's sayin' you're traitors and scumbags if you don't. That's about as close to an order as you can get. That's the way a Cosa Nostra boss would do it."

"Agreed," Sean said, "and we don't have anything that good on Buchanan. We could prove to a jury that King Henry *knew* they were going to go after Becket. He knew how the knights would react, given the way he spoke to them, which is damn good proof of his intent. But we actually can get pretty close to that here. I think we can prove—and no sheikh case pun intended here—that Buchanan is *willfully* blind to the individual attacks. He knows an attack will follow his words but he closes his eyes so he can say he wasn't part of it. Under the law, that willful blindness makes him as guilty as if he did the attack himself."

He turned back to the board and began drawing lines out from Buchanan's name, like the spokes of a wheel. "We can show five times he singled out someone, saying, in his words, 'They have to go' or 'They must be stopped.' Over and over again, he said that about a particular person—and within the overall context of 'Words aren't enough, people need to actually do something and take action.' And his listeners did


EXHIBIT 2

exactly that—five times that we know of. Two deaths, three serious injuries, including Carla Rodriguez."

Sean next added small circles at the end of each spoke, putting an X in four of the circles. "In four cases, we've ID'd the perpetrator and can show the person was a *huge* consumer of Buchanan's shit. They considered themselves knights in his household, if you will. One actually wrote a manifesto before the attack and said Buchanan was his inspiration and God's messenger. Four of them made statements that they did it because he told them to on his show, including the Phoenix wing nut Benny and I interviewed. On the other one, we don't have a perpetrator yet, but it's a fair inference since the victim was one of Buchanan's named targets."

"But none of them ever spoke to him or connected with him directly, I'm guessing," Nora said.

"Correct," Sean answered, "but here's the part that could get us to willful blindness. As best we can tell, there's never been someone he focused on who *wasn't* attacked. Sure, he's criticized lots of people, but he's only *gone after* five people in his unique way—hammering on them, saying they're a threat and that they must go. When he does *that,* those named people are *always* attacked. I think we argue that means he knows for certain that his words will cause attacks; he intends for the attacks to happen even if he doesn't know the attackers. He knows there are knights out there somewhere and they will act. I think we could argue that makes him directly guilty, but at a minimum we get him on willful blindness."

Nora looked skeptical. "But doesn't your theory mean he's off the hook for the early attacks? Because he needs to see that his words cause violence before we can hold him accountable for causing it? And what's the point at which we can say that? The third attack? The fourth? And so he skates on the others? Seems weird."

Case 4:26-cr-00016-FL-RN Document 55-3 Filed 08/18/26 Page 6 of 8
EXHIBIT 2

"Yeah, that's a problem," Sean said, stepping away from the whiteboard and slumping into a chair.

The room was quiet for a moment before Nora said, "But that's okay. I don't think we need to base his intent on the perfect-attack-record thing. I think we just argue that he *had* to know his words would result in the attacks. He may not have known the identity of his knights, but he knew they were out there and would act on his words. So he just shouted that they were—what were the king's words? 'Miserable drones and traitors'?—if they didn't get rid of the people he named. He knew what his knights would do. That should be enough to prove he intended it to happen.

"And don't forget, we have someone on the inside who saw it all happen, and she believes he knew what he was doing and wanted it to happen. What did Becky say the other day? Something about Buchanan talks like he's motivated by the cause, but he's really in it for the increased donations after each attack? It all fits."

She looked at Jessica and Benny, who were nodding.

"Fuckin' A," Benny mumbled.

"Okay," Nora said, turning back to Sean. "Write it up. Carmen would approve without a memo, but you know she needs to go to DOJ Civil Rights on this. They can't order coffee without a memo. And we need Justice to authorize us not to seek the death penalty."

"Which we'd never get from a New York jury anyway. On it. I'll have a draft to you tomorrow."

"No," Nora said gently as she stood and turned toward the door. "Go home, feed your cat, get a good night's sleep. Next couple days will be fine."

She paused, then added, "You know, it just occurred to me that I never heard whether you knuckleheads made it to the Grand Canyon."

Case 4:26-cr-00016-FL-RN Document 55-3 Filed 08/18/26 Page 7 of 8
EXHIBIT 2

Sean laughed. "We did, but not in daylight. Benny got pulled over and it took so long to convince the trooper not to arrest him for reckless driving that we got there in the dark."

Benny smiled. "All true. But the stars were amazing. Like nothin' I've ever seen."

Nora shook her head and spoke as she walked out. "Upon these shoulders our democracy rests."

When Nora was gone, Sean tilted his head and squinted at Benny, who pushed himself to his feet and shrugged. "She must be a cat person," he said, clapping one hand on Sean's shoulder as he moved to the door. "See you tomorrow, big guy."



EXHIBIT 2