




EXHIBIT 4