
CASSELL'S
DICTIONARY
OF SLANG
A MAJOR NEW EDITION
OF THE MARKET-LEADING
DICTIONARY OF SLANG
JONATHON
GREEN
W&N

# Cassell's Dictionary of Slang

**2ND EDITION**

Jonathon Green

WEIDENFELD & NICOLSON

Case 4:26-cr-00016-FL-RN Document 55-7 Filed 08/18/26 Page 2 of 7
EXHIBIT6

*For Susan Ford*

Weidenfeld & Nicolson
Wellington House, 125 Strand, London WC2R 0BB

First edition published in 1998
This second edition published in 2005

1 3 5 7 9 10 8 6 4 2

© Jonathon Green 1998, 2005

All rights reserved. No part of this publication may be reproduced in any material form (including photocopying or storing it in any medium by electronic means and whether or not transiently or incidentally to some other use of this publication) without the written permission of the copyright owner, except in accordance with the provisions of the Copyright, Designs and Patents Act 1988 or under the terms of a licence issued by the Copyright Licensing Agency, 90 Tottenham Court Road, London W1P 9HE. Applications for the copyright owner's permission to reproduce any part of this publication should be addressed to the publisher.

British Library Cataloguing in Publication Data
A catalogue entry for this book is available from the British Library

ISBN 0 304 366366

Typeset in Great Britain by Gem Graphics, Trenance, Cornwall
Printed and bound in Finland by WS Bookwell

The Orion Publishing Group Ltd
Orion House, 5 Upper Saint Martin's Lane, London WC2H 9EA
www.orionbooks.co.uk



EXHIBIT6

**eggbeater** *n.* 1 [1930s+] (*US*) an autogiro or helicopter. 2 [1970s+] an old motorcar.

**egg-boiler** *n.* [1930s] (*Aus.*) a bowler hat. [in hot weather it 'boils' one's EGG n.⁴ (1)]

**egg crate** *n.* 1 [1920s–50s] (*US*) an old car or aeroplane. 2 [1930s] an old elevator. [resemblance]

**egg flip** *n.* [20C+] (*Aus.*) a piece of inside information in horseracing. [rhy. sl. = TIP n.⁵ (1)]

**egg-for-fuck** *n.* [1990s+] (*US campus*) a fool, a simpleton, an obnoxious person (cf. FUCKBRAIN n.). [SE *egg* + FUCK v.¹; joc. var. on SHIT-FOR-BRAINS n.]

**egghead** *n.*¹ [20C+] (*orig. US*) 1 an idiot (cf. APPLEHEAD n.). 2 an intellectual, anyone considered to work with the brain rather than brawn. 3 a pretentiously intellectual type.

**egghead** *n.*² [20C+] 1 a bald person. 2 a bald head. [resemblance]

**egghead** *adj.* [1950s+] (*orig US*) intellectual, or pretentiously so. [EGGHEAD n.¹ (2)]

**eggheaded** *adj.*¹ [1910s+] intellectual, or posing as such. [EGGHEAD n.¹ (2)]

**eggheaded** *adj.*² [1940s+] (*US*) bald. [EGGHEAD n.² (2)]

**egg hits the fan, the** *phr. see* SHIT HITS THE FAN, THE phr.

**egg in your beer** *phr.* [1930s+] (*US*) something for nothing, used as an ironical retort.

**egg money** *n.* (*also* **butter money, cream money, egg-and-butter money, egg-and-chicken money**) [late 19C+] (*US*) money earned by a farmer's wife through the sale of eggs, butter and other dairy products.

**eggnog** *n.* [1920s] (*US*) a foolish or unpleasant person.

**eggo** *n.* [1980s+] (*US campus*) a fool, a misfit, a social anachronism (cf. APPLEHEAD n.; BOBO n.¹). [? EGG n.¹ (2) + -O sfx (1)]

**egg on** *phr.* [1950s] (*Aus.*) hurry up.

**eggplant** *n.*¹ [1940s] (*US Black*) a $5 bill. [ety. unknown]

**eggplant** *n.*² [1970s] (*US*) a Black person. [SE *eggplant* or aubergine, the vegetable has a shiny purple-black skin; also 'translation' of MULENYAM n.]

**egg roll** *n.* 1 [1970s–80s] (*N.Z. prison*) a general term of abuse. 2 [1980s] (*US*) a derog. term for a Korean immigrant. 3 [1980s+] (*US gay*) a Chinese man's penis. [SE *egg roll*/Chinese *egg roll*, the quintessential US Chinese restaurant dish]

**eggs** *n.*¹ 1 [mid-15C+] the testicles (cf. ACORNS n.). 2 [1950s–60s] in fig. use, courage, virility.

**eggs** *n.*² (*drugs*) 1 [1970s+] a drug in capsule/tablet form (cf. PILL n.⁴). 2 [1980s+] temazepam, tranquillizers. 3 [1990s+] (*Aus.*) MDMA tablets (cf. ECSTASY n.). [the shape; EGG n.⁴]

**eggshell blond** *n.* [1950s+] (*Aus./N.Z.*) a bald person.

**eggs in the basket** *n.* [1940s–60s] (*US gay*) the testicles (cf. ACORNS n.). [EGGS n.¹ (1) + BASKET n.¹ (2)]

**eggs in the coffee** *phr.* [1920s–30s] (*US*) a general phr. of approval, satisfaction, everything is excellent, wonderful, ideal.

**egg suck** *v.* [1970s+] (*US*) to curry favour. [SUCK UP v. (1)/obs. SE *suck-egg*, a foolish person]

**egg-sucker** *n.* 1 [19C+] (*US*) a worthless and unpleasant person. 2 [1950s+] (*US gay*) an ageing or old homosexual. [dial. *egg-sucker*, a worthless animal, esp. a dog; in (2) the pun is on the *egg*, i.e. an unformed youth, who is the target of the older man's desires]

**egg-sucking** *adj.* [19C+] (*US*) worthless, contemptible, unpleasant. [EGG-SUCKER n. (1)]

**egg-white** *n.* [1910s+] semen, thus *egg-white cannon*, the penis (cf. BABY GRAVY n.).

**eggy** *adj.* [1920s+] (*orig. US*) angry, irritated. [EGG v.²]

**eggy!** *excl.* [1990s+] (*UK juv.*) excellent! wonderful!

**Egon (Ronay)** *n.* [1990s+] an act of defecation (cf. ANDY CAPP n.). [rhy. sl. = PONY (AND TRAP) n.; ult. food guidebook pioneer *Egon Ronay* (b.1920)]

**ego-surfing** *n.* [2000s] surfing the Internet in search of one's own name.

**ego trip** *n.* [1960s+] (*orig. US*) self-aggrandizement, boastfulness, egocentricity. [SE *ego* + TRIP n.⁵ (1)]

**ego trip** *v.* [1970s+] (*orig. US*) to act in an egocentric, self-aggrandizing manner. [EGO TRIP n.]

**E.G.Y.P.T.** *phr.* [20C+] eager to grab your pretty tits, written on envelopes of love letters (cf. B.O.L.T.O.P. phr.). [abbr.]

**Egypt** *n.*¹ [19C+] (*US*) an outside lavatory. [image of *Egypt* as a far distant place]

**Egypt** *n.*² [20C+] (*US*) the Black section of a town or city. [the dark complexion of actual Egyptians and the exotic myths that, just as they do in regard to the Middle East, abound around Black culture]

**Egypt** *n.*³ *see* BUMFUCK, EGYPT n.

**Egyptian charger** *n.* [early 19C] a donkey. [the association of the animal with the gypsies or *Egyptians*]

**Egyptian flu** *n.* [1980s+] (*US*) a pregnancy. [i.e. one is going to be a *mummy*]

**Egyptian hall** *n.* [mid-19C] a ball. [rhy. sl.; the *Egyptian Hall* was the popular name for the London Museum, established at today's 170 Piccadilly *c.*1812, holding 'upwards of Fifteen Thousand Natural and Foreign Curiosities, Antiques and Productions of the Fine Arts'. It featured an 'Egyptian' façade and among the many visitors was, in 1844, General Tom Thumb. The hall was demolished in 1905]

**Egyptian queen** *n.* [1960s+] (*gay*) a homosexual Black man, particularly if he is stately and proud. [QUEEN n.² (1) + the well-known picture of Queen Nefertiti]

**eh?** *excl.* [mid-19C+] used interrogatively, as a request for the repetition or explanation of something that has just been said, i.e. 'What did you say?'

**E-head** *n.* [1990s+] (*drugs*) a regular user of MDMA. [E n. + -HEAD sfx (3)]

**eh-eh** *n.* [1960s+] (*US gay*) the anus; thus used of anything seen as tasteless/unpleasant. [Yid. *eh-eh* = baby's word for faeces]

**eh, what!** *excl. see* WHAT! excl. (2).

**eicespie** *n.* [late 19C] money. [backsl. = *pieces* (of gold)]

**Eiffel Tower** *n.* 1 [20C+] (*Aus.*) a shower. 2 [1980s] a flower. [rhy. sl.]

**eight** *n.* [1970s–80s] (*US drugs*) 1 heroin. 2 ⅛ oz (4g) of a narcotic, usu. heroin. [*H* is the eighth letter of the alphabet]

**eightball** *n.*¹ (*US*) 1 [1910s+] a derog. term for an Afro-American, a Black person (cf. BLACKBELLY n.). 2 [1930s+] an incompetent; a fool. 3 [1950s] a conventional, law-abiding person. [pool imagery; the eight ball is black; sinking it out of turn will lose the game]

**eightball** *n.*² (*drugs*) 1 [1980s+] ⅛ oz (4g) of a drug. 2 [2000s] a 'cocktail' of crack cocaine and heroin.

**eightball** *n.*³ [1980s+] (*US Black*) Olde English 800, a popular beer in Black neighbourhoods.

**eightball** *n.*⁴ [1990s+] excrement, a turd. [the colour]

**eightball** *n.*⁵ [2000s] (*US prison*) 1 a prison gang or clique. 2 an 8-year prison sentence.

**eight ball** *v.* [1940s+] (*US*) to ruin or frustrate, esp. by cheating. [pool imagery]

**eightball chick** *n.* [1990s+] (*US*) a girl gang member. [EIGHTBALL n.⁵ (1) + CHICK n.⁴ (2)].

**eight-day clock** *n.* [1980s] (*Aus.*) the penis (cf. ALMOND n.). [rhy. sl. = COCK n.² (1)]

**eighteen** *n.* [1910s+] (*Aus.*) an 18-gallon (82-litre) keg of beer.

**eighteen-carat** *adj.* (*also* **fourteen-carat, nineteen-carat, seventeen-carat**) [late 19C–1910s] (*US*) 1 first-class. 2 absolute, complete; often in phr. EIGHTEEN-CARAT LIE n. [the measurement of gold, but note the best is not 18 but 22 carat]

**eighteen-carat lie** *n.* [late 19C] (*US*) a downright, deliberate lie. [EIGHTEEN-CARAT adj. (2)]

Case 4:26-cr-00016-FL-RN Document 55-7 Filed 08/18/26 Page 4 of 7
EXHIBIT6

**eighteen-holer** *n.* [1990s+] (*UK teen*) the highest lacing version of Dr. Martens boots (cf. DOCS n.).

**eighteen pence** *n.* **1** [1910s+] sense. **2** [1950s+] (*Aus.*) a garden fence. **3** [1950s+] (*Aus./UK*) a receiver of stolen goods. [rhy. sl.; (3) = FENCE n.[1] (1)]

**8–8–16** *n.* [1990s+] (*US Und.*) a prison cell. [the dimensions in inches of a single one of the concrete blocks that make up the cell walls]

**eighter (from) Decatur** *n. see* ADA FROM DECATUR n.

**eighth** *n.* [1930s+] (*drugs*) 1/8 oz (4g) of a drug, usu. a narcotic.

**808** *n.* [1990s+] in rap music the bass drum from a Roland TR-808 drum machine, which is now a popular make. [the Roland *808* drum machine]

**eight-pack** *n. see* SIX-PACK n.[1].

**eight-pager** *n.* (*also* **sixteener**) [1930s+] a small, illustrated 8-page (or 16-page) pornographic booklet in which popular cartoon characters (Popeye, Mickey Mouse, Blondie etc) are crudely pastiched in erotic scenarios far removed from their everyday antics.

**eight rock** *n.* [1930s–50s] (*US Black*) a very dark-skinned Black person. [EIGHTBALL n.[1] (1)]

**eight-six** *v. see* EIGHTY-SIX v.

**eight track** *n.* [1990s+] (*US Black*) 1/8 oz (4g) of crack cocaine. [EIGHTBALL n.[2] (1)]

**eight-wheeler** *n.* [1930s–50s] (*US tramp*) one who robs trains whether en route or stationary. [the wagon has 8 wheels]

**eighty days** *n.* (*also* **eighty miles**) [1900s–10s] (*US*) the point of 8 in craps dice (cf. ADA FROM DECATUR n.).

**eighty-eight** *n.*[1] [1930s–50s] (*US Black*) a piano. [? number of keys or 8:8 time]

**eighty-eight** *n.*[2] (*also* **88**) [1950s] (*US*) an Oldsmobile 88, a.k.a. *Rocket 88.*

**eighty-eighter** *n.* [1940s+] (*US*) a pianist. [EIGHTY-EIGHT n.[1]]

**eighty-eights** *n.* [1930s–70s] (*US*) love and kisses. [orig. used by telegraph operators]

**85%** *n.* [1990s+] (*US Black*) the great uneducated mass of (Black) people, who are destined to be taught and led by the knowledgeable 5%. [for full ety. *see* 5% NATION n.]

**eighty miles** *n. see* EIGHTY DAYS n.

**eighty-six** *adj.* (*also* **86**) [1960s–80s] (*US*) unwelcome, esp. as at a bar. [EIGHTY-SIX v. (1)]

**eighty-six** *v.* (*also* **eight-six, 86**) **1** [1940s+] (*US*) to throw out, to get rid of; thus as n., an unwanted item. **2** [1970s+] (*US*) to kill, to murder; to execute judicially. **3** [1980s+] (*US campus*) to be finished, to be ready to leave. [rhy. sl. = NIX v.[1] (1); orig. restaurant and bar use, indicating that the supply of an item is exhausted or that a customer is not to be served]

**eighty-six!** *excl.* [1960s+] **1** get out! go away! **2** (*US campus*) no! [EIGHTY-SIX v.]

**eina!** *excl.* [1910s+] (*S.Afr.*) an excl. of pain, i.e. ouch! [Khoi *é* + *ná*]

**einstein** *n.* **1** [1960s] (*US campus*) an intellectual. **2** [1980s+] (*US campus*) pubic hair. **3** [1990s+] brains. [the crinkly grey hair/genius of the scientist Albert *Einstein* (1879–1955)]

**einstein** *v.* [1950s] to think. [for ety. *see* EINSTEIN n.]

**ekame** *n.* [mid-19C] a swindle. [backsl. = MAKE n.[2] (1)]

**eke** *n.* [1970s] (*gay*) make-up, cosmetics. [EEK n., i.e. FACE n.[2] (12)]

**Ekka, the** *n.* [1970s+] (*Aus.*) the annual Exhibition held at the Brisbane Exhibition Grounds. [abbr. SE *exhibition*]

**ekker** *n. see* ECCER n.

**ekom** *n.* [mid-19C] a donkey. [backsl. = MOKE n.[1] (1)]

**El** *n.* (*also* **el, L, L train**) [late 19C+] (*US*) the elevated railway, usu. that of New York (opened in 1879), but also in other cities, e.g. Chicago, where such transport systems existed. [abbr./pron.]

**El, the** *n.* [1940s] (*US prison/Und.*) Elmira prison, New York City (cf. ABBOTT'S PRIORY n.). [abbr.]

**el** *n.*[1] [1980s] (*US Black*) a limousine. [abbr.]

**el** *n.*[2] *see* L n.[3].

**el** *pfx* [1920s+] (*orig. US*) a cod-Sp. pfx added to the front of a n. or adj. with an '-o' sfx, used to describe a person or situation, usu. pej., e.g. EL CHEAPO adj., EL DORKO n.

**elakazoo** *n.* [1900s] (*US*) money. [ety. unknown]

**elbow** *n.*[1] **1** [late 19C–1900s] (*US*) a detective, a policeman. **2** [1940s] (*US Und.*) a general term of abuse. [pun on the 'long arm of the law'; note Casey, *The Gay-cat* (1921): '"Elbow" comes from the detective's way of elbowing through a crowd']

**elbow** *n.*[2] [1900s–30s] (*UK Und.*) a pickpocket's assistant. [he *elbows* the victim to distract their attention from the pickpocketing]

**elbow** *n.*[3] [1970s+] rejection, dismissal. [the image of an *elbow* pushed into someone's ribs]

**elbow** *v.*[1] [mid-19C–1930s] (*US Und.*) to warn an accomplice to get out of sight when police appear; usu. as excl. *elbow!* [ELBOW n.[1] (1); + ? one nudges the person with an *elbow*]

**elbow** *v.*[2] [1970s+] to reject, to dismiss. [ELBOW n.[3]]

**elbow bender** *n.* (*also* **elbow crooker**) [20C+] a heavy drinker. [BEND ONE'S ELBOW V./CROOK THE ELBOW V.]

**elbow-crooking** *n. see* CROOK THE ELBOW V.

**elbow crooker** *n. see* ELBOW BENDER n.

**elbow exercise** *n.* [1910s] (*US*) drinking.

**elbow grease** *n.* **1** [late 17C+] physical effort. **2** [mid-19C] fiddle-playing. [the movement of one's *elbow*; B.E. defines *elbow-grease* as 'a derisory term for sweat' but his extra examples, e.g. *it will cost nothing but a little elbow-grease*, imply def. (1)]

**elbow jigger** *n.* (*also* **elbow scraper**) [mid-19C] a fiddle-player.

**elbow shaker** *n.*[1] [18C–mid-19C] a dice-player. [the action of shaking the dice cup]

**elbow shaker** *n.*[2] [1950s+] (*US Black*) one who reminds others of a forgotten or overlooked fact or event by (fig.) digging them in the ribs.

**elbow-titting** *n.* [1960s] (*US*) a game whereby a male accosts an unknown female and rubs his elbows against her breasts before running off – or getting hit or shouted at.

**el bummero** *n. see* BUMMER n.[4] (3).

**el cheapo** *adj.* [1960s+] (*US*) cheap. [EL pfx + SE *cheap*]

**El D** *n.* (*also* **eldo**) [1970s+] (*US*) a Cadillac *El Dorado*. [abbr.]

**elderberry** *n.* [1950s–60s] (*gay*) an ageing or old homosexual. [pun on SE *elder* and FRUIT n.[2] (2)]

**elderly jam** *n.* [late 19C] an old woman. ['Elderly jam is – elderly jam, and heaven preserve it, for man turns from it' (Ware)]

**elders** *n.* [1960s+] (*Irish*) **1** the female breasts (cf. BORDENS n.). **2** a term of abuse, as in *dirty elders*. [SE *udders*]

**el diablito** *n.* (*also* **el diablo**) [2000s] (*drugs*) a mixture of marijuana, cocaine, heroin and phencyclidine. [Sp. 'the little devil']

**el dingo** *adj.* [1980s] (*US*) crazy. [EL pfx + DINGY adj.[2]]

**eldo** *n. see* EL D n.

**el dorko** *n.* [1980s+] (*US*) a fool, an incompetent (cf. BOBO n.[1]). [EL pfx + DORK n. (2)]

**electric** *adj.* **1** [1960s–70s] containing LSD. **2** [1970s] weird and wonderful, marvellous.

**electric cure** *n.* [1920s+] (*US prison*) the electric chair.

**electric lettuce** *n.* [1990s+] (*drugs*) very potent cannabis (cf. AFRICAN BUSH n.).

**electric machine** *n. see* MACHINE n.[1] (2).

**electric queen** *n.* [1960s–70s] (*US gay*) a gay HIPPIE n.[2] (3). [fig. use of SE *electric*, to mean drugged + QUEEN n.[2] (1)]

**electrified** *adj.* [late 19C] drunk (cf. ABOUT RIGHT phr.[1]).

**elegant** *n.* [1950s] (*US Und.*) an escape from prison.

**elegant** *adj.* [mid-18C+] excellent, first-rate.

**elegantifferously** *adv.* [mid-19C] (*US*) outstandingly. [SE *elegant* + SPLENDIFEROUS adj.]

Case 4:26-cr-00016-FL-RN Document 55-7 Filed 08/18/26 Page 5 of 7
EXHIBIT 6

**element** *n.* [mid-18C–mid-19C] (*US*) an alcoholic drink; thus *in one's element*, intoxicated.

**elephant** *n.*[1] [mid-19C+] an extraordinary sight or remarkable situation and the experience of such that leads to gaining knowledge or the loss of innocence; thus SEE THE ELEPHANT V. [the exoticism of the creature]

**elephant** *n.*[2] [late 19C+] the *Elephant* and Castle, London SE1. [abbr.]

**elephant** *n.*[3] **1** [20C+] (*US*) a clumsy, awkward person. **2** [1980s] (*US gay*) a fat person. [reverse anthropomorphism]

**elephant** *n.*[4] [1980s+] (*drugs*) **1** heroin. **2** phencyclidine (cf. ACE n.[4]). [such drugs could 'knock out an elephant']

**elephant (and castle)** *n.* **1** [20C+] the anus (cf. BOTTLE AND GLASS n.). **2** [1920s+] a parcel. [rhy. sl. = ARSEHOLE n. (1) (pron. 'arssle'); ult. the *Elephant and Castle*, London SE1]

**elephant business** *n.* [late 19C] (*US*) sightseeing. [SEE THE ELEPHANT V. (1)]

**elephant ears** *n.* [1920s–50s] (*US Und.*) a detective or policeman (cf. BEAGLE n.[3]).

**elephant's fallen arches** *n. see* CAT'S WHISKERS n.

**elephant's (trunk)** *adj.* (*also* **Jumbo's trunk**) [mid-19C+] drunk (cf. ADRIAN (QUIST) adj.). [rhy. sl.]

**elephant teeth** *n.* [1950s] (*US Black*) piano keys. [the ivory keys]

**elephant tranquillizer** *n.* [1970s+] (*drugs*) phencyclidine (cf. ACE n.[4]). [phencyclidine is an animal (pig) tranquillizer]

**elevate** *v.*[1] [late 19C–1920s] (*US*) in poker, to raise an opponent.

**elevate** *v.*[2] [1910s–50s] (*UK/US Und.*) **1** to rob at gunpoint. **2** to hold someone up (other than for robbery). **3** to put up one's hands in a hold up; thus used as imper. [pun on HOLD UP V.[1] (1)]

**elevated** *adj.* [mid-17C+] drunk, one of a number of words and phr. that equate drunkenness with 'getting high' (cf. EXALTED adj.; FLYING HIGH phr.; HALF-HIGH adj.; HAVE ONE'S SAILS HIGH V.; IN ONE'S ALTITUDES phr.; IN ORBIT phr.; KITED adj.; TALL adj.[4]). [pun on SE]

**elevator** *n.*[1] [late 19C] a crinolette or bustle used for distending the back of a woman's skirt. [it raises or 'elevates' the back of the skirt]

**elevator** *n.*[2] [1910s–20s] (*UK Und.*) a hold-up man, a robber; a shoplifter. [ELEVATE V.[2] (1)]

**elevator jockey** *n.* [1960s–70s] (*US*) a lift operator. [SE *elevator* + JOCKEY n.[3] (2)]

**eleven forty-fiver** *n.* [1940s] (*US*) a blackface minstrel. [the trad. time – 11.45 a.m. – of the pre-show parade that passed through a town where the minstrels were performing]

**eleven steps** *n.* [1950s] (*W.I.*) an arrest, a trial. [the 11 steps that led to the front door of a well-known court house]

**eleven, twenty-nine, twenty-three** *n.* [1920s] (*US Und.*) a jail sentence of 1 hour less than a whole year, thus avoiding the mandatory loss of citizenship that in some states comes with a 1-year sentence. [i.e. 11 months, 29 days and 23 hours]

**eleventy-eleven** *n.* (*also* **eleventeen, leventy-leven**) [late 19C+] (*US Black*) a very large or infinite number.

**el foldo** *n.* [1930s+] (*US*) a failure, esp. in sport or a feigned knockout in boxing. [EL pfx + FOLD V. (3)]

**Eli** *n.* [19C+] (*US campus*) Yale University; thus *Elis*, alumni of Yale. [*Elihu* Yale (1649–1721), founder of the original college at Saybrook before it moved to New Haven]

**elick** *n. see* ELLICK n.

**Elijah two** *n.* [late 19C] (*US*) a false prophet. [Dr John Alexander Dowie (1847–1907), a US evangelist, who was thus satirically christened in memory of the original, biblical *Elijah*; his son, in time, became *Elijah three*]

**Elkie Clark** *n. see* L.K. CLARK n.

**ell** *n.* [late 16C–18C] the vagina. [play on SE *ell*, 45 inches (a Flemish ell was 27 inches) + YARD n.[1] + Fr. *elle*, she]

**Ellen** *n.* [1990s+] (*US campus*) a lesbian (cf. AMY-JOHN n.). [US lesbian actress *Ellen Degeneres* (b.1958)]

**Ellenborough's lodge** *n.* (*also* **Ellenborough's park/spike**) [early 19C] the King's Bench prison (cf. ABBOTT'S PRIORY n.; BOARDING HOUSE n.). [Lord *Ellenborough* (1750–1818), Lord Chief Justice 1802–17]

**Ellenborough's teeth** *n.* [early 19C] the spiked *cheveux-de-frise* that top the walls of the King's Bench prison. [Lord *Ellenborough* (see ELLENBOROUGH'S LODGE n.) + SE *teeth*]

**Ellen Terry** *n.* [1920s+] a chamberpot. [rhy. sl. = JERRY n.[6] (1); ult. Shakespearian actress *Ellen Terry* (1847–1928)]

**ellersby** *n.* [late 19C] the London School Board. [pron. of abbr. (LSB). Note printers' use *Ellessea*, London Society of Compositors (LSC)]

**ellick** *n.* (*also* **elick**) [1900s–20s] (*US*) the penis. [ety. unknown; ? proper name *Alec*]

**elly-bay** *n.* [mid-19C+] the belly. [cod Lat.]

**el magnifico** *adj.* [1990s+] wonderful, excellent, magnificent. [EL pfx + SE *magnificent*]

**elmer** *n.* [1920s–60s] (*US*) a rural or unsophisticated man (cf. ALVIN n.). [the use of *Elmer* as a 'typical' country name]

**elmer fudge** *n.* [1980s] (*Aus.*) a judge. [rhy. sl.; ult. cartoon character *Elmer Fudd*]

**el paso** *n.* [1990s+] (*US*) an act of rejection, ignoring. [EL pfx + PASS V.[1]]

**el pee** *n.* [1990s+] (*US Black*) an *El* Producto cigar. [abbr.]

**el primo** *adj.* [1980s+] (*US*) first-class. [Sp. *primo*, the best]

**elrig** *n.* [mid-19C+] girl. [backsl.]

**el ropo** *n.* (*also* **el ropo stinkadoro, el stinko**) [1940s+] (*US*) a cheap, strong cigar. [EL pfx + ROPE n.[1] (1)/SE *stink*; note Rudyard Kipling, *Stalky & Co.* (1899), 'pomposo stinkadoro', a large, malodorous cigar]

**Elsie Tanner** *n.* [2000s] a hammer. [rhy. sl.; ult. fictional character *Elsie Tanner* in UK ITV's soap opera *Coronation Street*]

**elsin** *n.* [late 19C+] (*Ulster*) a 'sharp' individual. [dial. *elsin*, a shoemaker's awl; ult. MDu. *elssene*, an awl]

**el sleazo** *n. see* SLEAZO n.

**el stinko** *n. see* EL ROPO n.

**el stinkola** *n.* [1940s] (*US*) anything or anyone considered worthless, useless. [EL pfx + STINK V. + -OLA sfx]

**Elton (John)** *n.* [1990s+] a confidence trick. [rhy. sl. = CON n.[1] (7); ult. UK singer/songwriter *Elton John* (b.1947)]

**elvis** *v.* [1990s+] (*drugs*) of a cannabis cigarette, to burn unevenly, proceding faster down one side than the other. [a play on the SAmE *sideburns* (UK *side-boards*), which adorned the cheeks of the singer *Elvis* Presley (1935–77)]

**el zilch-o** *n.* [1970s] (*US*) nothing. [EL pfx + ZILCH n.[1] (1)]

**elzoo** *n.* [1920s] (*US Und.*) a surveillance preparatory to committing a crime. [ety. unknown]

**em** *n. see* M n. (1).

**emag** *n.* [late 19C+] a game, usu. as a term of disgust or disappointment meaning 'what's your game?' etc. [backsl.]

**embalmed** *adj.* [1920s+] very drunk (cf. DAMP adj.). [play on SE + EMBALMING FLUID n. (1)]

**embalmed horse** *n. see* HORSE n.[7].

**embalmer** *n.* [1920s–30s] (*orig. US Black*) a bootlegger. [EMBALMING FLUID n. (1)]

**embalming fluid** *n.* **1** [1920s+] second-rate whisky. **2** [1920s+] (*US tramp*) coffee. **3** [1980s] (*drugs*) phencyclidine (cf. ACE n.[4]). **4** [1980s] marijuana mixed with cocaine.

**embarrassed** *adj.* [1960s] (*W.I.*) of a woman, pregnant; of a man, castrated; thus as the major insult, *embarrassed sow*, *embarrassed hog*.

**emboosticated** *adj.* [1970s] (*US campus*) embarrassed.

**embroidery** *n. see* CHINESE NEEDLEWORK n. (2).


EXHIBIT 6

**emcee** *n. see* M.C. n.

**em-eff** *n.* (*also* **emm-eff**) [1960s+] (*orig. US*) a euph. for MOTHERFUCKER n. (1). [pron. of initial letters, i.e. M.F. n.]

**em-eff** *adj.* (*also* **emeffing, emm-eff**) [1950s+] (*orig. US*) a euph. for MOTHERFUCKING adj. (1). [pron. of initial letters; M.F. adj.]

**emergency gun** *n.* [1930s] (*drugs*) any makeshift instrument used to inject when one does not have a syringe. [SE *emergency* + GUN n.[1] (3)]

**emigrate** *v.* [mid-19C] (*US*) to leave.

**emily post** *n.* [1980s] (*Aus.*) a creditor. [rhy. sl. = GHOST n.[4]; ult. author of popular etiquette manual *Emily Post* (1872/3–1960)]

**Emma Freuds** *n.* (*also* **Clement Freuds, emmas**) [1990s+] haemorrhoids. [rhy. sl.; ult. UK TV presenter *Emma Freud*, daughter of UK food writer and broadcaster *Clement Freud* (b.1924)]

**emm-eff** *see under* EM-EFF.

**Emmerdale (Farm)** *n.* [1990s+] an arm. [rhy. sl.; ult. UK soap opera *Emmerdale Farm*, now renamed *Emmerdale*]

**emok nye** *phr.* [late 19C] come in. [backsl.]

**empty** *n.*[1] [20C+] any container or vessel that has been emptied, esp. a bottle once containing alcohol.

**empty** *n.*[2] [1980s] (*Aus.*) an ejaculation of semen; thus *have an empty*, to masturbate.

**empty** *adj.* [1940s–50s] (*US*) penniless, broke.

**empty** *v.*[1] [late 19C] (*UK Und.*) to trick, to swindle.

**empty** *v.*[2] **1** [1980s+] (*Aus. prison*) to be transferred suddenly to another prison. **2** [1990s+] (*Aus. Und.*) to dismiss from a job.

**empty bottle** *n.* [early–mid-19C] (*UK campus*) at Cambridge University, a fellow-commoner, i.e. a rich or aristocratic undergraduate, with special privileges and a reputation for self-indulgent laziness.

**empty house is better than a bad tenant, an** *phr.* [1930s+] (*N.Z.*) a phr. used after breaking wind in public.

**empty one's trash** *v.* [1970s] (*US Black*) to have sexual intercourse; usu. to ejaculate.

**empty suit** *n.* [1980s+] (*US*) a useless or insincere person.

**empty the anaconda** *v.* (*also* **drain the anaconda**) [1990s+] to urinate (cf. BLEED ONE'S TURKEY v.).

**empty the bag** *v.* [19C] to tell the whole story.

**empty the butter-boat** *v.* [mid–late 19C] to flatter lavishly (and insincerely). [BUTTER UP v.]

**emsel** *n.* [1950s–70s] (*US drugs*) morphine (cf. AUNTIE EMMA n.).

**emu** *n.* [1960s+] (*Aus.*) a racecourse idler who picks up discarded tote tickets in the hope of finding one that has not been cashed. [the image of an *emu* pecking at the ground; note *Ozwords* Oct. 1996: 'The term appears to have its origin in the early twentieth century when it was used to describe people picking up pieces of timber after clearing or burning (and bobbing up and down in emu-fashion). It was also used of people picking up litter']

**emu-bobber** *n.* [1920s+] (*Aus.*) a man employed to pick up the remnants after clearing or burning off in the bush. [for ety. *see* EMU n.]

**enamel** *n.* [1940s] (*US Black*) skin.

**enchilada** *n.* [1970s] (*US*) the penis (cf. BURRITO n.). [resemblance]

**encore** *n.* [20C+] sexual intercourse for the second time, usu. soon after one has just had the initial bout.

**end** *n.*[1] **1** [late 16C–mid-17C; 1920s+] the penis; esp. in phr. GET ONE'S END AWAY v. **2** [17C–18C] the vagina, the female genitals. **3** [late 18C+] the buttocks, the posterior (cf. ARSE-END n.).

**end** *n.*[2] **1** [late 19C+] a share, usu. of criminal profits or responsibility. **2** [1940s] that proportion of one's illicit gains that is used to bribe the police.

**end** *n.*[3] **1** [20C+] that area of a football stadium, behind the respective goals, trad. reserved for the hardcore supporters of home and away teams and the scene of most fighting. **2** [1990s+] (*UK Black/teen*) an area of a city.

**end, the** *n.* **1** [1910s+] the absolute limit that the speaker will tolerate, 'the last straw'. **2** [1940s+] (*orig. US Black*) perfection, absolute excellence, the best possible.

**endacott** *v.* (*also* **cott, endicott**) [late 19C] to arrest on false pretences, spec. those of being a prostitute. [one Constable *Endacott* who, in 1887, was tried and acquitted for the arrest on these grounds of a respectable dressmaker; the term was poss. coined by Annie Besant (1847–1933)]

**endjie** *n. see* ENTJIE n.

**endo** *n.* [1980s+] (*drugs*) marijuana. [var. INDO n. (2)]

**end of the ball-game** *n.* [20C+] (*US*) **1** death; one of a number of games-playing/sporting metaphors for life's termination. **2** the definitive conclusion to something.

**end over appetite** *phr.* [20C+] (*US*) head over heels. [END n.[1] (3) + SE *appetite*]

**ends** *n.*[1] [1960s+] (*US Black*) money; living expenses. [SE phr. *make ends meet*]

**ends** *n.*[2] [1960s] (*US Black*) shoes.

**endsville** *n.* [1950s+] (*US*) **1** the best, the ultimate. **2** the limit, the end, as far as one can go, death. **3** absolute, irretrievable failure. [END, THE n. + -VILLE sfx[1]]

**endways** *adv.* [1900s–40s] (*US Black*) backwards, back-to-front. [SE *endways*, end on, with the end facing]

**enemy** *n.*[1] [mid-19C–1930s] time; thus *kill the enemy*, to pass time; *how goes the enemy?, what says the enemy?*, what time is it?

**enemy** *n.*[2] [late 19C] **1** the penis. **2** the vagina.

**energizer** *n.* (*drugs*) **1** [1980s+] phencyclidine (cf. ACE n.[4]). **2** [1990s+] MDMA (cf. ECSTASY n.).

**enforcer** *n.* **1** [1920s+] a person, usu. a thug, used to enforce his (or another's) will through violence or threats of violence. **2** [1950s+] (*gay*) a lesbian who keeps the other women in line.

**engabachado** *n.* [1960s+] (*US*) a Mexican who attempts to 'pass' as White. [Mex. Sp. *engabachado*, rendered white]

**engage in three to one (and bound to lose)** *v.* [late 18C–19C] to have sexual intercourse. [the image is of a conflict between the penis and 2 testicles and the vagina; the 'loss' is of semen]

**engagement** *n. see* NAVAL ENGAGEMENT n.

**Engelbert (Humperdinck)** *n.* [1990s+] a drink. [rhy. sl.; ult. UK pop star *Englebert Humperdinck*, real name Arnold George Dorsey (b.1936)]

**engine** *n.* **1** [early 17C–19C] the penis (cf. FORNICATING ENGINE n.; GARDEN ENGINE n.). **2** [late 17C–mid-18C; 1910s] the vagina. **3** [1930s–50s] (*US drugs*) the equipment used by an opium smoker.

**engka** *v.* [1990s+] (*W.I.*) to associate with someone in the hope of begging a loan.

**English** *n.*[1] [17C] ale. [the national drink]

**English** *n.*[2] [mid-19C+] (*orig. US*) deceptiveness, duplicity, 'spin'. [billiards jargon *English*, spin imparted to one or the other side of the ball]

**English** *n.*[3] [1990s+] (*US*) Olde *English* Malt Liquor. [abbr.]

**English** *adj.* [1960s–70s] (*US*) sado-masochistic. [the national stereotype of the English as loving beatings]

**English burgundy** *n.* [late 18C–mid-19C] porter (a type of dark beer brewed from malt). [the real *Burgundy* is a variety of French wine]

**English cane** *n.* [late 17C–early 18C] a cudgel.

**English channel** *n.*[1] [1950s–70s] the National Health Service. [rhy. sl. = SE *panel* (of doctors)]

**English channel** *n.*[2] [1970s] (*US campus*) bloodshot or drooping eyes, the effect of smoking cannabis. [ety. unknown]

**English cold** *n.* (*also* **English winter**) [20C+] (*US*) iced tea. [tea (hot) is seen as a quintessential English pleasure]



**English culture** *n.* [1
and discipline. [ENGLISI
**English disease** *n.* 1
2 [mid–late 19C] rickets
action and strikes. 4 [19
**English guidance** *n*
[the popular assumptio
ties]
**Englishified** *adj.* [20C
from a stay in England
more sophisticated perso
or westernized (there ne
**English manufacture**
19C] ale, beer or cider. [S
to wine or brandy]
**English martini** *n.* [1
with gin.
**English method** *n.* [
sexual intercourse, i.e. n
thighs.
**English muffins** *n.* [196
GOODS n.). [the sexual im
**English sentry** *n.* [1960
attention' + ? reputation
**English shower** *n. see* F
**English sunbathing** *n*
in the sun. [the foolish
UK]
**English winter** *n. see* E
**enif** *adj.* [mid–late 19C] fi
**enin** *n.* (*also* **eenin**) [mid-
**enin gens** *n.* [mid-19C] 9
n.[1]]
**enin yeneps** *n.* (*also* en
yenneps) [mid-19C] 9 pe
**enlightened** *adj.* [2000s]
**eno** *n.* [mid-19C+] the nun
**enob** *n.* **1** [late 19C+] a bo
**enoch** *n.* [1990s+] a towe
politician *Enoch Powell* (19
**enormous** *adj.* [late 19C]
**enough to gag a mag**
something utterly repulsiv
overwhelming quantity.
**enough to make a Bla**
indicating that something
abstract objects, emotio
stereotyping, on the basis t
**enough to make a cat**
a cat sick, ...cow satiri
would make a cat lau
hilarious, devastatingly fun
**enough to split the grai**
very drunk.
**ensign-bearer** *n.* [mid-17
[the colours of the face rese
**entered** *adj.* [early 18C] (U
**enter for the gelding sta**
thus *entered...*, to be a eunu
**entertain the general** *v.*
**enthroned** *adj.* **1** [1940s] (
(*gay*) searching for sex in pu
on QUEEN n.[2] (1)]
**enthusiastic amateur** *n.*
**enthuzimuzzy** *n.* [late 19C
**entire** *adj.* [late 19C+] (*Ulst*
from business. [also in Linco

Case 4:26-cr-00016-FL-RN Document 55-7 Filed 08/18/26 Page 7 of 7
EXHIBIT 6