UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:26-CR-00016-FL-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Exhibit** |
| | ) | |
| JAMES BRIEN COMEY, JR. | ) | |

EXHIBIT 11 - MANUALLY FILED
(SEE NOTICE OF MANUAL FILING)