UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:26-CR-16-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BRIEN COMEY JR. | **MOTION TO PERMIT FILING OF ONE COMBINED REPLY NOT TO EXCEED 20 PAGES IN SUPPORT OF MOTIONS TO DISMISS FOR VINDICTIVE PROSECUTION AND SELECTIVE PROSECUTION** |

NOW COMES James Brien Comey Jr., through undersigned counsel, and respectfully moves this Court for an order permitting him to submit one combined reply, not to exceed 20 pages in length, in support of his separate motions to dismiss for vindictive prosecution and for selective prosecution, rather than filing separate replies in support of each motion. In support of this motion, Mr. Comey shows the Court the following:

1. A grand jury sitting in the Eastern District of North Carolina issued an indictment on 28 April 2026 charging Mr. Comey with one count of making a threat to take the life of or inflict bodily harm upon the President of the United States, in violation of 18 U.S.C. § 871(a), and one count of transmitting in interstate and foreign commerce a threat to kill the President of the United States, in violation of 18 U.S.C. § 875(c). *Id.*

2. On 28 July 2026 Mr. Comey filed, among other motions, a motion to dismiss for vindictive prosecution and a motion to dismiss for selective prosecution,

combined in a single motion. The Court previously entered an order permitting Mr. Comey to submit one combined memorandum of law, not to exceed 40 pages in length, in support of those two motions, rather than two separate memoranda.

3. The Government filed responses to Mr. Comey's motions on 18 August 2026, including a combined response to Mr. Comey's motion to dismiss for vindictive and selective prosecution.

4. This Court has set a deadline of 1 September 2026 for Mr. Comey to file a reply to the Government's responses, and under the Local Rules the reply as to each motion is not to exceed 10 pages in length.

5. In an effort to streamline the issues for the Court, Mr. Comey requests that rather than filing two replies on these two motions (each of which would be up to 10 pages in length), he be permitted to submit one combined reply in support of both motions, with a page limit not to exceed 20 pages. This would permit Mr. Comey to present all of the relevant arguments and law in one reply, and avoid potentially rehashing issues in two separate documents.

6. Undersigned counsel for Mr. Comey have discussed this motion with AUSA Tim Severo, and Mr. Severo states that the Government does not oppose this motion.

WHEREFORE, James Brien Comey Jr. respectfully requests that this motion be granted, and the Court enter an order permitting him to file one reply in support of his separate motions to dismiss for vindictive prosecution and for selective prosecution, not to exceed 20 pages in length.

This the 20th day of August, 2026.


**LAW OFFICE OF PATRICK J. FITZGERALD**

/s/ Patrick J. Fitzgerald
Patrick J. Fitzgerald
P.O. Box 277
New Buffalo, MI 49117
(312) 758-4454
patrickjfitzgeraldlawoffice@gmail.com
Counsel for Defendant

**GAMMON & ZESZOTARSKI, PLLC**

/s/ Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
N.C. State Bar No. 21310
P.O. Box 1127
Raleigh, NC 27602
(919) 521-5878
jzeszotarski@ghz-law.com
LR 57.1 Counsel for Defendant