IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:26-CR-16-FL-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SPECIAL APPEARANCE** |
| | ) | |
| JAMES BRIEN COMEY, JR. | ) | |

Please take notice that the undersigned Mikhaila R. Fogel hereby enters a notice of special appearance as attorney for James Brien Comey, Jr. in the above-captioned matter, in association with Local Criminal Rule 57. l(d) attorney, Joseph E. Zeszotarski, Jr.

I certify that I will submit any document to the Local Criminal Rule 57.1(d) attorney for review prior to filing the document with the court.

*/s/ Mikhaila R. Fogel*
Mikhaila R. Fogel
Cooley LLP
55 Hudson Yards
New York, NY 10001
212-479-6364
mfogel@cooley.com
Mass. Bar No. 713095
Attorney for James Brien Comey, Jr.

*/s/ Joseph E. Zeszotarski, Jr.*
Joseph E. Zeszotarski, Jr.
Gammon & Zeszotarski PLLC
P.O. Box 1127
Raleigh, NC 27602

(919) 521-5878
jzeszotarski@ghz-law.com
N.C. Bar. No. 21310
Local Criminal Rule 57.1(d)
Attorney for James Brien Comey, Jr.