IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America,<br><br>v.<br><br>James B. Comey, Jr.,<br><br>Defendant. | ) ) ) ) ) ) ) ) | Case No.: 4:26-CR-00016-FL-RN |

**ORDER ON MOTION FOR LEAVE TO FILE MANUALLY SEALED EXHIBIT TO SUPPLEMENTAL AFFIDAVIT OF PATRICK J. FITZGERALD**

This matter is before the Court on Defendant's motion for leave to file electronically one sealed exhibit to the Court by flash drive. For good cause shown, the motion is hereby GRANTED.

IT IS FURTHER ORDERED that within seven (7) days, Defendant shall manually file the sealed Exhibit set forth in his motion.

SO ORDERED.

This, the 3rd day of September, 2026

LOUISE W. FLANAGAN
United States District Judge