IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: 4:26-CR-00016-1-FL-RN |
| James B. Comey, Jr., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER ON MOTION TO SEAL DOCUMENT NUMBER 63**

This matter is before the Court on Defendant's motion to seal Docket Entry Number 63 in this matter. For good cause shown, the motion is GRANTED and Docket Entry Number 63 is sealed until further order of this Court.

SO ORDERED.

This, the 24th day of September, 2026

LOUISE W. FLANAGAN
United States District Judge