UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:26-CR-16-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BRIEN COMEY JR. | **MOTION TO SEAL** |

NOW COMES DEFENDANT James Brien Comey Jr., through undersigned counsel, and moves to seal the Proposed Sealed Motion filed by Mr. Comey on 9 October 2026, on the grounds that this document refers to matters discussed at sealed hearings.

WHEREFORE, Defendant respectfully requests that this Motion be granted, and that the proposed sealed motion filed on this date be placed under seal.

This the 9th day of October, 2026.


**GAMMON & ZESZOTARSKI, PLLC**

/s/ Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
State Bar No. 21310
P.O. Box 1127
Raleigh, NC 27602
(919) 521-5878
Fax: (919) 882-1898
jzeszotarski@ghz-law.com
Counsel for Defendant

**LAW OFFICE OF**
**PATRICK J. FITZGERALD**

/s/ Patrick J. Fitzgerald
Patrick J. Fitzgerald
P.O. Box 277
New Buffalo, MI 49117
(312) 758-4454
patrickjfitzgeraldlawoffice@gmail.com
Counsel for Defendant