UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:26-CR-16-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BRIEN COMEY JR. | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed motion filed on 9 October 2026 be sealed until further order of the court.

SO ORDERED.

This the ____ day of October, 2026.

______________________________
LOUISE W. FLANAGAN
United States District Judge